UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRIDGETTE, the wife of, AND WILLIAM GAUDET | * * * | CIVIL ACTION NO.: ________ |
| V. | * * | JUDGE: _______________ |
| AMERICAN HOME SHIELD CORPORATION | * * * | MAGISTRATE: ____________ |
| *********************************** | | |

**NOTICE TO ADVERSE PARTY OF REMOVAL**

TO: Bridgette and William Gaudet
Through their counsel of record:
Michael D. Riley
833 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 588-1110
Facsimile: (504) 588-1954

**PLEASE TAKE NOTICE** that a Notice of Removal of this action was filed in the United States Court for the Eastern District of Louisiana on August 3, 2011.

A copy of said Notice of Removal is attached to this Notice, and is served and filed therewith.

Respectfully Submitted,

*/s/ Stephen H. Kupperman*

Stephen H. Kupperman (T.A. Bar. No. 7890)
skupperman@barrassousdin.com
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

*Attorneys for American Home Shield Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice to Adverse Party of Removal has been served upon the plaintiff's counsel by facsimile, hand delivery, electronic mail, court's electronic system, or placing same in the United States mail, postage prepaid and properly addressed, this 3rd day of August, 2011.

*/s/ Stephen H. Kupperman*

*{656623_1}*