# EXHIBIT A

# Enclosed is your Home Warranty Contract. Please take a moment to review this package.

**IMPORTANT NOTICE**
Your service fee and/or annual rate have changed for contract term 01/12/2011 - 01/12/2012. **See page 8 for your service fee and annual rate.

***********AUTO**MIXED AADC 601
Jay Arnesen
PO Box 546
Little Ferry, NJ 07643-0546

For Service **call 1-800-776-4663** or go to **www.ahs.com**

Your Contract Number: 59216875 ▪ Trade Service Call Fee: $60.00

RTMX_8-59216875-20101022

02703574

AMERICAN HOME SHIELD

AHS AMERICAN HOME SHIELD®
he right choice in home warranties®

Dear Jay Arnesen,

Welcome back to American Home Shield! We are pleased to once again offer service warranty coverage for one of your most valuable assets: your home. We strive to make your life easier and we are here for you to request service 24/7.

Please take a moment to read through this booklet. We have included a variety of information that will help you get the most out of your service warranty.

Please remove the wallet cards from the separate insert. These cards contain your unique contract number and steps on how to request service.

Inside, you will find your contract and selected coverage. In addition, the table of contents will help guide you through your AHS® service warranty contract package.

Please contact us if you have any questions, need clarification on your service warranty coverage or would like to add additional coverage. We look forward to providing you the quality of service our customers have come to expect from us for over 35 years.

Thank you,

Steve Burnett
Chief Marketing Officer



[redacted]

# Table of Contents

**Terminix Information**.......................................................3
Information about termite and pest control protection

**Know What Your Plan Covers**..............................................4
Examples of services and conditions that may or may not be covered under your service warranty and other helpful information

**The AHS® Customer Experience**.....................................5 - 6
What to expect throughout your term from American Home Shield®

**Frequently Asked Questions**................................................7

**Contract Agreement**.........................................................8 - 9
Information regarding your contract term, trade service call fee, selected and unselected coverage and more

**Contract** ..........................................................................10 - 17
Detailed information regarding covered and non-covered items, requesting service and limitations of liability

**Seasonal Maintenance Reminders**..................................18
Check your A/C and heating before the hot and cold months of the year

**Service Request Organizer**................................................19
Keep track of service requests performed on your system components and appliances

**Privacy Policy**...................................................................20 - 21
How American Home Shield and ServiceMaster® use your information and Opt-out form

**Routine Maintenance Tips**.................................................22
Routine maintenance for systems and appliances in your home

**Wallet Cards**.......................................................**Separate Insert**
Quick reference guide on using your AHS service warranty

# PROTECT YOUR HOME
## FROM TERMITES AND PESTS.

Termites and pests can enter your home through even the tiniest cracks. These disease-carrying, damage-causing nuisances are a constant threat, but you don't have to be a victim.

## American Home Shield® wants to tell you about the guaranteed services Terminix® offers.

Terminix offers services for both termite and pest control. The Terminix pest control plan keeps 27 different varieties of pests away, and the Terminix termite treatment plans provide control of termites. Trained and licensed Terminix professionals are experienced with the pests in your area and provide effective long-term solutions. And of course, if you ever need follow-up services, they're **FREE**. It's all part of the strongest guarantee in the business.

* Save 10% on any Terminix subterranean termite treament plan.

Terminix wants to protect you and your home.

## Deadbolt your home from termites and pests.

## Call or visit us online today:

1.866.933.1098
terminix.com/ahs
Enter Source Code: AHS

All pest services provided exclusively by: TERMINIX *Power over pests.*

All home warranty services provided exclusively by: AHS AMERICAN HOME SHIELD®

SOURCES: National Panel Diary 2000, Termite Swarm Release 05, National Pest Management Association, February 20, 2005. 2005 Terminix Termite Damage/Real Estate Inspection Claims through April 2005. * Ten percent discount applies to subterranean termite treatment plans only, liquid or bait. Discounts do not apply to Termite Inspection & Protection Plan. Damage repairs do not apply to service plans. Guarantee is subject to continued renewal of annual inspections and payments thereof. Termite inspections are not applicable for real estate closings. Present this offer to a Terminix representative before payment of pest services to obtain the stated discount. Offer only available to new pest customers with the purchase of a quarterly exterior residential Pest Control Plan. Single-family dwelling units only. Only one discount available per household. Not to be combined with any other offer. Offer may not be available in all areas. See your Terminix representative for complete offer terms. Refer to the pest control plan contract for additional limitations, restrictions, terms and conditions that apply with this offer. AHS and American Home Shield are registered trademarks of American Home Shield Corporation and used by its sister company, Terminix, with permission.

©2010 The Terminix International Company Limited Partnership. All rights reserved.



[redacted]

# Know What Your Plan Covers and What It Doesn't.*

To get the most out of your AHS® Service Warranty, please review the following information. We want you to realize the full value of your service warranty and the coverage provided. Make sure you know what your service warranty covers and what it doesn't. Your service warranty does not cover all systems and appliances and coverage varies from state to state. So, please read your contract carefully to see what's covered and what's not. Some of the most common customer inquiries are below.

## Some examples of services which are not covered.

Wood stoves, even if only source of heating, as well as fireplaces, key valves, and chimneys are not covered. **Common electrical breakdowns** such as power failure/surge and circuit overload are not covered. **Optional pool accessories** such as pool liners, ornamental fountains and waterfalls are also not covered.

## Conditions that may result in a denial.

**Lack of maintenance** of your appliance or home system will result in a denial of service. **Improper installation** of an item that results in damage will result in a denial of service. Unusual wear and tear caused by **negligence or mistreatment** will result in a denial of service. **Code violations** of a home system or structure such as outdated electrical or faulty plumbing may result in a denial of service or incur additional costs.

## AHS is not liable for hazardous materials.

AHS is not liable for the diagnosis, repair, removal or any **damages resulting from mold, mildew, bio-organic growth, rot or fungus,** even when caused by or related to the malfunction, repair or replacement of a covered system or appliance. AHS will not contract to perform service nor pay costs involving **hazardous or toxic** materials such as asbestos, mold, lead paint, and sanitation of sewage spills.

*These coverage examples are merely illustrations to assist you in understanding your contract. Coverage will be determined based on actual terms and conditions in your contract.

# The AHS® Customer Experience

**How does AHS help provide relief from repair hassles?**

- Call one number or go online 24 hours a day, 7 days a week, 365 days a year to request service
- Local, qualified service contractors will contact you during normal business hours to set up an appointment
- No limit on the number of covered repairs we will pay for during your contract term
- 24/7 online access to your account so you can view your account status and update your contract information
- One low Trade Service Call Fee for each covered breakdown†

**On average, the replacement cost for heating, cooling, ductwork, appliances, plumbing and the main electrical panel is $7861***

*As reported in the survey: *A Study of Homeowners' Appliance and Home System Service Experiences*, Decision Analyst (2008) and reprinted with their written permission. Further reproduction is expressly prohibited.






**Trade Service Call Fee**

† For each service request, you pay a fee to each service contractor of a different trade (plumber, electrician, etc.) who visits your home to diagnose a problem or perform service. There may be additional costs associated with the repair or replacement of covered items. Details are included in your contract.






**Diagnose and Repair Problem**
Contractor will diagnose the problem, call AHS to confirm that it's covered in the contract, then repair or replace covered item. Contractor will notify and invoice AHS directly when complete. AHS will inform homeowner of any not covered work and cost if necessary before contractor begins work.

**Follow Up**
Once repair or replacement is complete, AHS will follow up via e-mail and/or phone with the homeowner to help ensure their satisfation with the service received.

AHS AMERICAN HOME SHIELD®
The right choice in home warranties.®



**AHS Communication**
AHS will provide the homeowner with valuable information about the home, including seasonal maintenance tips, energy saving recommendations and decorating ideas.



**Covered Item Breaks Down**
Request service by:
- Calling our toll-free 800# to speak with a trained AHS customer service representative or
- Using the automated voice system or
- Visiting www.ahs.com



**Confirmation**
will send an e-mail confirmation
e homeowner verifying their request
been received by a contractor.

**Local Service Contractor**
Upon request for service, AHS will contact a local service contractor. Contractor will contact the homeowner to schedule an appointment during normal business hours.




**Renewal**
AHS values our customers and will follow up for renewal opportunities via mail, e-mail or phone.

XPLANATIONS™ by XPLANE®
©2007 XPLANE.com®

RTMX_8-59216875-20101022

# Questions and Answers about Your AHS® Service Warranty.

**Q. What out-of-pocket expenses will I have?**

**A.** For each service request, you will pay a $60.00 Trade Service Call Fee to each contractor of a different trade (plumber, electrician, etc.) who visits your home to diagnose a problem or perform service. There may be additional costs associated with the repair or replacement of covered items. Details are included in this contract.

**Q. How many service calls am I allowed?**

**A.** As many as you need. There is no limit to the number of times you can call for covered repairs during your contract term. In fact, the typical AHS Service Warranty owner calls for repairs more than two times a year.

**Q. Is everything in my home covered?**

**A.** No. Not everything is covered. Your AHS Service Warranty covers the repair or replacement of many system and appliance breakdowns, but not necessarily the entire system.

**Q. How do I know my service contractor is qualified?**

**A.** AHS ensures service contractors are licensed and independently insured. Performance is also monitored to make sure you receive professional, quality work. Your satisfaction is a top priority at AHS.

**Q. Can I access my account online?**

**A.** Yes. Simply go online to www.ahs.com. You can request repair services, make payments, view your account status and more.

# Contract Agreement

| | |
|---|---|
| **CONTRACT NUMBER:** | 59216875 |
| **RENEWAL TERM:** | 01/12/2011 - 01/12/2012 12:01 A.M. |
| ****SERVICE FEE:** | $60.00 |
| ****ANNUAL RATE:** | $534.08 |
| **MONTHLY RATE:** | $44.51 Including Sales Tax. |
| **PAYMENT TYPE:** | 12 Monthly Payments |

**PLEASE VERIFY THAT YOUR INFORMATION IS CORRECT**

| | |
|---|---|
| **OWNER:** | Jay Arnesen<br>PO Box 546<br>Little Ferry, NJ 07643-0546 |
| **EMAIL ADDRESS:** | JAY.ARNESEN.LAW@GMAIL.COM |
| **PHONE NUMBER:** | 201-286-1881 or 954-245-8221 |
| **COVERED PROPERTY:** | 2674 Ne 8th Ct<br>Pompano Beach, FL 33062 |
| **DWELLING TYPE:** | Single Family Residence under 5,000 sq.ft. |

Notice of Applicable Rate and Terms for Renewal: If you authorized the monthly payment option through your mortgage, or you authorized AHS to automatically charge your credit card or checking account for payment of your current contract, your first monthly payment for this renewed contract will be construed as authorization for another 12 month contract. For your convenience, the same method of payment will be applied to this renewed contract unless you specify otherwise. If you elect not to renew, please notify AHS 30 days prior to the expiration of your current contract. If you have any questions, or need further assistance, please call AHS at 1-800-345-9798.

| **Request Service** | **Payment Address** |
|---|---|
| **24 hours a day - 7 days a week**<br>**www.ahs.com**<br>**1-800-776-4663** | **AHS, P.O. Box 2803**<br>**Memphis, TN 38101-2803**<br>**OR www.ahs.com** |



RTMX_8-59216875-20101022

# Contract Agreement

**All items checked (☑) below are included in your service warranty:**

## ☑ COVERAGE INCLUDED

- ♦ CEILING FANS
- ♦ DUCTWORK
- ♦ AIR CONDITIONING
- ♦ CLOTHES WASHER
- ♦ REFRIGERATOR
- ♦ HEATING SYSTEM
- ♦ PLUMBING
- ♦ COOKTOP
- ♦ WATER HEATER
- ♦ DISHWASHER
- ♦ ELECTRICAL SYSTEM
- ♦ GARAGE DOOR OPENER
- ♦ CLOTHES DRYER
- ♦ GARBAGE DISPOSAL
- ♦ BUILT-IN MICROWAVE
- ♦ RANGE/OVEN
- ♦ PLUMBING STOPPAGES

## ADDITIONAL COVERAGE AVAILABLE FOR PURCHASE

- ☐ POOL/INGROUND SPA SHARED EQUIP
- ☐ SPA ONLY
- ☐ WELL PUMP
- ☐ POOL ONLY
- ☐ ADDITIONAL SPA

## It's not too late!

**Items not selected above can still be added to your plan. Call us for details on how to add additional coverage not selected above: 1-800-345-9798**



[redacted]

American Home Shield of Florida, Inc.
P.O. Box 849
Carroll, IA 51401

**Certain items and events are not covered by this contract. Please refer to the exclusions, restrictions, and limitations in boldfaced type in this document.**

## A. COVERAGE

1. During the coverage period, AHS will arrange for an AHS authorized service contractor (Service Contractor) to repair or replace the systems and appliances stated as covered in accordance with the terms and conditions of this contract so long as the systems and appliances:

   **A. Are located within the confines of the main foundation of the home or attached or detached garage (with the exception of the exterior well pump, air conditioner, and pool and/or spa equipment, if selected);**

   **B. Become inoperative due to normal wear and tear;**

   **C. Are in good working order on the Effective Date of this contract (as defined below); and**

   **D. Are properly maintained and installed throughout the term of this contract for proper diagnosis.**

2. This contract only covers single family homes and condominiums/townhomes/mobile homes (including manufactured housing) under 5,000 square feet, unless an alternative dwelling type (i.e. 5,000 square feet up to 10,000 square feet, or multiple units) is applied for by calling the Sales phone number on the Contract Agreement page, and the appropriate fee is paid. Coverage is for owned or rented residential property, not commercial property or residences used as businesses, including, but not limited to, day care centers, fraternity/sorority houses, and nursing/care homes.

3. This contract describes the basic coverage and options available for domestic grade appliances and systems. Domestic grade items are those that were manufactured and marketed solely for installation and use in a residential family dwelling. For the specific coverage selection on your home, see the Contract Agreement page. Coverage includes only the items stated as covered and excludes all others. Coverage is subject to limitations and conditions specified in this contract. **Please read your contract carefully.**

## B. CONTRACT TERM

If payment for this contract is received by AHS within 30 days after the expiration date of the prior year's contract, coverage starts the date the prior year's contract expires (Effective Date) and continues for 365 days from that date. If payment is received later than 30 days after the expiration date of prior year's contract, coverage starts the date payment is received by AHS (alternative Effective Date) and continues for 365 days from that date.

## C. CUSTOMER SERVICE – TO REQUEST SERVICE CALL: 1-800-776-4663 OR VISIT www.ahsservice.com

1. You must notify AHS for work to be performed under this contract as soon as the problem is discovered. AHS will accept service calls 24 hours a day, 7 days a week at 1-800-776-4663 or online at www.ahsservice.com. **Notice of any service request must be given to AHS prior to expiration of this contract.**

2. Upon request for service, AHS will contact a Service Contractor within four (4) hours during normal business hours and forty-eight (48) hours on weekends and holidays. The Service Contractor will promptly contact you to schedule a mutually convenient appointment during normal business hours. **AHS will determine what repairs constitute an emergency (such as extreme weather conditions or uncontrollable water) and will make reasonable efforts to expedite emergency service. If you should request AHS to perform non-emergency service outside of normal business hours, you will be responsible for payment of additional fees, including overtime.**

© 2007 AHS Corporation FLHSR7

**3. AHS has the right to select the Service Contractor, which may be a service company affiliated with AHS, to perform the service. AHS will not reimburse for services performed without its prior approval.**

4. You will pay a Trade Service Call Fee for each trade service request, or actual cost, whichever is less. Please see your Contract Agreement pages for your Trade Service Call Fee amount. Additional charges may apply to certain repairs and replacements. The trade service call fee is for each call dispatched and scheduled to be run (except as noted in Section C.6.) including, but not limited to, trade service calls wherein coverage is (in whole or in part) granted, excluded, limited or denied. Please note: the trade service call fee applies in the event you fail to be present at the scheduled time of the trade service call or in the event you cancel a call at the time the Service Contractor is in route to your home or the Service Contractor has already arrived at your home. The trade service call fee will be due and payable to the Service Contractor (or to AHS) at the time of the scheduled trade service call. AHS will not respond to any new requests for service until any previous outstanding trade service call fees are paid in full.

**5. At the time the work begins and at appropriate time(s) thereafter, certain repairs and replacements may require you to allow a state or local building inspector access to your home.** Failure to pay any required permit fee or to allow access to your home by the building inspector, will result in suspension of coverage (for that specific repair or replacement) until such time as the permit fee is paid or access is granted (as applicable). At that time, coverage will be reinstated; however, the contract term will not be extended.

6. If service work performed under this contract should fail, AHS will make the necessary repairs without an additional trade service call fee **for a period of 90 days on parts** and **30 days on labor.**

**D. ESSENTIAL PLAN COVERAGES – INCLUDES ITEMS D.1. – D.11.**

**The following systems and appliances are covered for the homeowner under the Essential Plan. Certain limitations of liability apply to covered systems and appliances (see Sections A and G).**

**1. PLUMBING SYSTEM**

COVERED: Leaks and breaks of water, drain, gas, waste or vent lines, except if caused by freezing or roots - Toilet tanks, bowls and related mechanisms (builder's standard is used when replacement is necessary), toilet wax ring seals - Valves for shower, tub, and diverter, angle stops, risers and gate valves - Permanently installed sump pumps (ground water only) - Built-in bathtub whirlpool motor and pump assemblies.

**NOT COVERED: Collapse or damage to water, drain, gas, waste or vent lines caused by freezing or roots - Faucets and fixtures - Bathtubs and showers - Shower enclosures and base pans - Sinks - Toilet lids and seats - Caulking or grouting - Septic tanks - Water softeners – Pressure regulators - Inadequate or excessive water pressure - Flow restrictions in fresh water lines caused by rust, corrosion or chemical deposits - Sewage ejector pumps - Holding or storage tanks - Saunas or steam rooms - Hose bibs - Whirlpool jets.**

**NOTE: Where covered repairs require access to plumbing systems, AHS will only provide access to plumbing systems through unobstructed walls, ceilings or floors, and will return access openings to a rough finish. Obstructions include, without limitation, built-in appliances, systems, cabinets, and floor coverings. AHS will cover up to $500 for access, diagnosis, repair or replacement (including returning access openings to a rough finish) to any portion of a plumbing system that is inaccessible because of concrete.**

**2. STOPPAGE COVERAGE (accessible ground level clean out required)**

COVERED: Clearing of mainline drain and sewer stoppages up to 100 feet from access point, except if caused by roots. Mainline stoppages are only cleared when an accessible cleanout is either available or can be installed (installation not covered). Clearing of lateral drain line stoppages up to 100 feet from access point including, but

© 2007 AHS Corporation FLHSR7

not limited to, accessible cleanout, p-trap, drain or overflow access points, and removing a toilet for a toilet stoppage only.

**NOT COVERED: Costs to locate or access cleanouts not reasonably found or accessible, or to install cleanouts. Access through roof vents or toilets (except where noted). Stoppages caused by collapsed, damaged or broken drain, vent or sewer lines outside of the home's main foundation – Stoppages due to roots or foreign objects – Lines broken or infiltrated by roots, or otherwise stopped by roots, even if within the home's main foundation – Septic tanks.**

**3. WATER HEATER (Gas, Electric, or Oil)**

COVERED: All components and parts, including circulating pumps, except:

**NOT COVERED: Solar water heaters - Solar components – Ancillary holding or storage tanks - Noise - Fuel storage tank and energy conservation unit - Flues and vents – Thermal expansion tanks – Instant hot water dispenser.**

**4. HEATING SYSTEM OR BUILT-IN WALL UNIT (Gas, Electric, or Oil if main source of heat to the home)**

**NOTE: Coverage available on heating and/or cooling systems not exceeding a five (5) ton capacity and designed for residential application.**

COVERED: Heating systems including: heat pump; metering devices (i.e. thermal expansion valves); furnace; furnace transition; evaporator coils and drain lines; air handling unit; air handling transition; secondary drain pan and lines; and refrigerant lines are covered. Any of the foregoing covered components as well as plenum, indoor electrical, and duct connections are also covered when AHS determines that upgrading a heating system is required to maintain compatibility with equipment manufactured to be 13 SEER (Seasonal Energy Efficiency Ratio) and 7.7 HSPF (Heating Seasonal Performance Factor) compliant, or compliant with higher SEER or HSPF requirements.

**NOT COVERED: All components and parts relating to geothermal, water source heat pumps including: outside or underground piping, components for geothermal and/or water source heat pumps, redrilling of wells for geothermal and/or water source heat pumps, and well pump and well pump components for geothermal and/or water source heat pumps - Baseboard casings - Fuel storage tanks - Portable units - Solar heating systems - Fireplaces and key valves - Filters - Registers - Grills - Clocks - Timers - Heat lamps - Humidifiers - Flues and vents - Improperly sized heating systems – Chimneys – Pellet stoves – Cable heat (in ceiling) – Wood stoves (even if only source of heating) – Systems with improperly matched condensing unit and evaporative coil per manufacturer's specifications – Improper use of metering devices (i.e. thermal expansion valves).**

**NOTE: AHS will pay no more than $1,500 per covered item per contract term for access, diagnosis and repair or replacement of any glycol, hot water or steam circulating heating system.**

**5. DUCTWORK**

COVERED: Ducts from heating and/or cooling unit to point of attachment at registers or grills and flex ductwork.

**NOT COVERED: Registers or grills - Insulation - Asbestos-insulated ductwork - Dampers - Improperly sized ductwork – Diagnostic testing of, or locating leaks to ductwork, including, without limitation, as required by any federal, state or local law, regulation, or ordinance, or when required due to the installation or replacement of system equipment.**

**NOTE: Where covered repairs require access to ductwork, AHS will only provide access to, and sealing of ductwork through unobstructed walls, ceilings or floors, and will return access openings to a rough finish. Obstructions include, without limitation, built-in appliances, systems, cabinets, and floor coverings. If**

© 2007 AHS Corporation FLHSR7

**the ductwork is accessible only through a concrete floor, wall or ceiling, AHS will cover up to $500 for access to, sealing of other repair to, or replacement of such ductwork, including returning access openings to a rough finish. If any ductwork that is inaccessible due to concrete or other obstructions requires repair or replacement as a result of diagnostic testing, AHS will not cover such repair or replacement.**

**6. ELECTRICAL SYSTEM**

COVERED: All components and parts, including built-in exhaust fans, except:

**NOT COVERED: Fixtures – Door bells – Alarms – Intercom or speaker systems – Central vacuum systems –Audio/video/computer wiring or cable – Telephone wiring – Inadequate wiring capacity - Power failure or surge – Garage door openers – Direct current (D.C.) wiring or components and/or low voltage systems including wiring and relays – Circuit overload.**

**7. CEILING FANS**

COVERED: All components and parts.

**8. DISHWASHER**

COVERED: All components and parts, except:

**NOT COVERED: Racks - Baskets – Rollers.**

**9. GARBAGE DISPOSAL**

COVERED: All components and parts, including entire unit.

**10. BUILT-IN MICROWAVE OVEN**

COVERED: All components and parts, except:

**NOT COVERED: Interior linings - Door glass - Shelves - Portable or counter top units - Meat probe assemblies – Rotisseries – Clocks.**

**11. RANGE/OVEN/COOKTOP (Gas or Electric)**

COVERED: All components and parts, except:

**NOT COVERED: Clocks (unless they affect the function of the oven) - Meat probe assemblies - Rotisseries - Racks - Handles - Knobs - Sensi-heat burners will only be replaced with standard burners.**

**E. ENHANCED PLAN COVERAGES – INCLUDES ITEMS D.1. – D.11. and E.1. – E.5.**

**(AVAILABLE UPON PAYMENT OF ADDITIONAL CONTRACT FEE.) Certain limitations of liability apply to covered systems and appliances (see Sections A and G).**

**1. AIR CONDITIONING/COOLER**

**NOTE: Coverage available on heating and/or cooling systems not exceeding a five (5) ton capacity and designed for residential application.**

COVERED: Ducted electric wall air conditioning systems – Water evaporative cooler systems – Costs related to freon recapture – Ducted electric central air conditioning systems including: condenser; metering devices (i.e. thermal expansion valves); furnace transition; evaporator coils and drain lines; air handling unit; air handling transition; secondary drain pan and lines; and refrigerant lines are covered. Any of the foregoing covered components as well as plenum, indoor electrical, and duct connections are also covered when AHS determines that upgrading a ducted electric central air conditioning system is required to maintain compatibility with equipment manufactured to be 13 SEER (Seasonal Energy Efficiency Ratio) and 7.7 HSPF

© 2007 AHS Corporation FLHSR7

(Heating Seasonal Performance Factor) compliant, or compliant with higher SEER or HSPF requirements.

**NOT COVERED: Gas air conditioning systems - Condenser casings - Registers and grills - Filters - Electronic air cleaners - Window units - Non-ducted wall units - Water towers - Humidifiers - Roof jacks or stands - Evaporative cooler pads - Flues - Vents - Improperly sized air conditioning unit – Chillers and chiller components – Systems with improperly matched condensing unit and evaporative coil per manufacturer's specifications – Improper use of metering devices (i.e. thermal expansion valves).**

**2. ONE KITCHEN REFRIGERATOR (must be located in the Kitchen)**

COVERED: All components and parts, except:

**NOT COVERED: Racks - Shelves – Drawers – Ice makers, ice crushers, beverage/water dispensers and their respective equipment - Interior thermal shells - Food spoilage - Freezers which are not an integral part of the refrigerator – Multi-media center.**

**3. GARAGE DOOR OPENER**

COVERED: Wiring – Motor – Switches – Receiver unit – Rail/Trolley assembly.

**NOT COVERED: Doors - Hinges - Springs - Remote transmitters – Track assembly.**

**4. CLOTHES WASHER**

COVERED: All components and parts, except:

**NOT COVERED: Plastic mini-tubs - Soap dispensers - Filter screens - Knobs and dials - Damage to clothing – Drawers.**

**5. CLOTHES DRYER (Gas or Electric)**

COVERED: All components and parts, except:

**NOT COVERED: Venting - Lint screens - Knobs and dials – Dryer cabinet fragrance/humidity center, hangers, shelves, rods, hooks, and cabinet liner – Damage to clothing – Racks – Drawers.**

## F. OPTIONAL COVERAGE FOR THE HOMEOWNER

**(AVAILABLE UPON PAYMENT OF ADDITIONAL CONTRACT FEE.)**
**NOTE: Homeowner may purchase any optional coverage for up to 30 days after the Effective Date (see Section B). However, coverage shall not commence until receipt of payment by AHS and such coverage shall expire upon expiration of contract term in Section B. Limitations of liability specified in Sections A and G shall apply.**

**1. POOL AND/OR SPA EQUIPMENT (excludes portable or above ground spas)**

COVERED: Both pool and built-in spa equipment (exterior hot tub and whirlpool) are covered if they utilize common equipment. If they do not utilize common equipment, then only one or the other is covered unless an additional fee is paid. Coverage applies to above ground, accessible, working components and parts of the heating, pumping, and filtration system as follows: Heater – Pump – Motor – Filter – Filter timer – Gaskets – Blower – Timer – Valves, limited to back flush, actuator, check, 2-way and 3-way valves – Relays and switches – Pool sweep motor and pump – Above ground plumbing pipes and wiring.

**NOT COVERED: Lights - Liners - Structural defects - Solar equipment - Jets – Ornamental fountains, waterfalls and their pumping systems – Pool cover and related equipment – Fill line and fill valves - Built-in or detachable cleaning equipment such as, but not limited to, pool sweeps, pop-up heads, turbo valves,**

© 2007 AHS Corporation FLHSR7

**skimmers, chlorinators, and ionizers - Fuel storage tanks – Disposable filtration mediums – Heat pump – Portable or above ground spas – Multi-media centers.**

**2. WELL PUMP**

COVERED: All components and parts of well pump utilized as the main source of water to the home, except:

**NOT COVERED: Above or underground piping, cable or electrical lines leading to or from the well pump, including those that are located within the well casing – Well casings – Pressure switches not located on the pump – Holding, storage or pressure tanks – Booster pumps – Redrilling of wells – Well pump and well pump components for geothermal and/or water source heat pumps – Above or underground piping, cable or electrical lines for geothermal and/or water source heat pumps, including those that are located within the well casing.**

**NOTE: AHS will pay no more than $1,500 per contract term for access, diagnosis and repair or replacement.**

## G. LIMITATIONS OF LIABILITY

**1. AHS is not responsible for providing or closing access to covered items except as noted in Sections D.1. and D.5.**

**2. You may be charged an additional fee by the Service Contractor to dispose of an old appliance, system or component, including, but not limited to the following items:** condensing units, evaporator coils, compressors, **capacitors, refrigerators, freezers, water heaters, and any system or** appliance **which contains dangerous or hazardous materials.**

**3. AHS is not liable for restoration of any wall coverings, floor coverings, cabinets, counter tops, tiling, paint, or the like, nor the repair of any cosmetic defects.**

**4. AHS is not responsible for electronic or computerized home management systems including, but not limited to, energy, lighting, security, appliances, entertainment, comfort or audio systems.**

**5. AHS is not responsible or liable for secondary, incidental and/or consequential loss or damage resulting from the malfunction of any covered item including, but not limited to, food spoilage, loss of income, utility bills, additional living expenses, personal and/or property damage, or authorized contractor's service or delay in service.**

**6. AHS is not responsible or liable for any delay in service or failure to provide service caused by conditions beyond its control, including, but not limited to, delays in obtaining, or shortages of, parts and/or equipment, or labor difficulties.**

**7. AHS is not responsible or liable for repair of conditions or replacement caused by chemical or sedimentary build up, misuse or abuse, failure to clean or maintain, missing parts, structural changes, fire, freezing, electrical failure or surge, water damage, lightning, mud, earthquake, soil movement, storms, accidents, pet damage, pest damage, acts of God, or failure due to excessive or inadequate water pressure.**

**8. AHS has the sole right to determine whether a covered system or appliance will be repaired or replaced. AHS is responsible for installing replacement equipment of similar features, capacity, and efficiency, but not for matching dimensions, brand or color. Except when repairing or upgrading covered systems to maintain compatibility with equipment manufactured to be 13 SEER or 7.7 HSPF compliant, or compliant with any higher SEER or HSPF requirements, AHS is not responsible or liable for upgrades, components, parts or equipment required due to: (a) the incompatibility of the existing equipment with the replacement system or appliance or component or any part thereof; or (b) any new type of chemical or material utilized to run the replacement equipment including, but not limited to, differences in technology, refrigerant requirements, or efficiency as mandated by federal, state, or**

© 2007 AHS Corporation FLHSR7

local governments. AHS is not responsible or liable for the cost of construction, carpentry, or other modifications made necessary by the existing equipment or installing different equipment.

9. AHS is not responsible or liable for repairs related to inadequacy, lack of capacity, misuse, improper installation, previous repair or design, manufacturer's defect, and any modification to the system or appliance. AHS does not perform routine maintenance. You are responsible for providing maintenance and cleaning on covered items as specified by the manufacturer to ensure continued coverage on such items. For example: heating and air conditioning systems require periodic cleaning and/or replacement of filters and cleaning of evaporator and condenser coils. Water heaters require periodic flushing.

10. AHS reserves the right to obtain a second opinion at its expense.

11. This contract does not cover appliances or systems deemed or classified by the manufacturer as commercial.

12. AHS is not responsible for any repair, replacement, installation, or modification of any covered system, appliance, or component or part thereof: (a) that has been, or is, determined to be defective by the Consumer Product Safety Commission or the manufacturer; (b) that a manufacturer has issued, or issues, a warning or recall; (c) that has a malfunction caused by the manufacturer's improper design, use of improper materials, formula, manufacturing process or other manufacturing defect; or (d) while still under an existing manufacturer's, distributor's, or in-home service warranty.

13. AHS reserves the right to provide pre-approved reimbursement of itemized costs or cash back in lieu of repair or replacement. Both pre-approved reimbursement of itemized costs and cash back in lieu of repair or replacement will be based on what AHS would ordinarily expect to pay for the same parts and labor, which may be less than retail or your actual cost. Acceptable proof of your actual itemized costs must be provided to AHS before any reimbursement amount may be paid.

14. AHS reserves the right to rebuild a part or component, or replace with a rebuilt part or component.

15. AHS is not under any circumstances liable for the diagnosis, repair, removal or remediation of mold, mildew, bio-organic growth, rot or fungus, or any damages resulting from or related to mold, mildew, rot or fungus, even when caused by or related to the malfunction, repair or replacement of a covered system or appliance.

16. AHS will not contract to perform service nor pay costs involving hazardous or toxic materials including, but not limited to, asbestos, mold, lead paint, and sanitation of sewage spills, nor will it pay costs related to recapture or disposal of refrigerants, contaminants, hazardous, or toxic materials. AHS will only pay costs related to freon recapture if it is part of your coverage plan.

17. This contract does not cover fees associated with use of cranes needed to install or remove any equipment located on the roof top.

18. AHS is not responsible for like-for-like replacement of appliances if the appliance contains any features that do not contribute to the appliance's primary function including, without limitation, TVs or radios in refrigerators.

## H. LAWS, REGULATIONS AND CODE REQUIREMENTS

Except when repairing or upgrading covered systems to maintain compatibility with equipment manufactured to be 13 SEER or 7.7 HSPF compliant, or compliant with any higher SEER or HSPF requirements, AHS is not responsible for any upgrades, work, testing or costs required to comply with any federal, state, or local laws, regulations or ordinances or utility regulations, or to meet current building or zoning code requirements, or to correct for code violations. AHS is not responsible for service when permits cannot be obtained, nor will it pay any costs relating to permits. AHS' policy is to abide by all current

© 2007 AHS Corporation FLHSR7

federal, state, and local laws, regulations and guidelines. AHS will not be responsible for any liability arising from repairs or replacements that violate any such laws, regulations, or guidelines.

## I. MULTIPLE UNITS AND INVESTMENT PROPERTY

1. If this contract is for a duplex, triplex, or fourplex dwelling, then all unit(s) within such dwelling must be covered by one AHS contract for protection to apply to common systems (Example: air conditioning or heating, plumbing, electrical, etc.). Should any unit within such dwelling not be covered as part of the one AHS contract, then coverage is not provided under this contract for any common utility system of the dwelling nor any appliances shared by more than one unit (Example: shared washer/dryer, water heater, garage door opener, etc.).

2. If this contract is for a dwelling within a multiple unit of five (5) dwelling units or more, then only items contained within the confines of each individual unit are covered. Common utility systems and shared appliances are not covered.

## J. TRANSFER OF CONTRACT AND RENEWALS

1. If the covered property changes ownership during the contract term, please call the Sales phone number on the Contract Agreement page for further information to transfer coverage to the new owner.

2. This contract may be renewed at the option of AHS. In that event, you will be notified of the prevailing rates and terms for renewal.

3. If you select the monthly payment option and AHS elects to renew your contract, AHS will notify you of applicable rate and terms of renewal during the tenth month of your contract and you will automatically be renewed for an annual coverage period unless you notify AHS in writing 30 days prior to the expiration of the contract. Your first payment for the next contract will be construed as authorization for another 12-month contract.

## K. CANCELLATION

This contract shall be non-cancelable by AHS, except for the following reasons: (1) nonpayment of contract fees; or (2) fraud or misrepresentation of facts material to the issuance of this contract. Upon cancellation of this contract by AHS, the refund shall be 100% of the pro rata premium. If this contract is cancelled by the contract holder, the provider of funds shall be entitled to a pro rata refund less claims that have been paid or less the cost of repairs made on behalf of the homeowner.
If the contract fees are billed through a mortgage loan that is later sold or paid in full, then uninterrupted coverage can be arranged by immediately calling (800) 247-4749 to establish an alternate payment method. This contract will be deemed cancelled if the contract holder fails to initiate such payment arrangements within 30 days.

© 2007 AHS Corporation FLHSR7

# **Important** information regarding your **A/C and Heating Units***

As the leading service warranty provider, American Home Shield® continuously looks for ways to proactively help our customers. To help you stay comfortable when the seasons begin to change, we suggest testing your air conditioning and heating units early.

Depending on where you are located, you should check your air conditioning some time between April and May. You should also check your heating unit some time between September and October.

1. Simply turn on your system.

2. Let it run for 30 minutes to see if any problems arise with the system.

3. If you experience any difficulties and need to request service, please visit AHS® online at www.ahs.com or call us toll free at 1-800-776-4663.

4. A local service contractor will diagnose your problem to determine coverage. Your trade service call fee will be due to the contractor upon arrival.

By **testing your system early,** you can identify potential problems and help ensure that your system will be ready when you need it the most.

* Please refer to page 9 of this package and your AHS contract for specific coverages, exclusions and limitations.

# Service Request Organizer

Please use this page to keep important information organized when making a service request.

| Date | AHS Rep | Scheduled Repair Time | Contractor Information | Item Repaired |
|---|---|---|---|---|
| 2/18/2008 | Robin C. | 3PM 2/20/08 | John 555-5555 | Stove 2/21/08 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# PRIVACY POLICY

## IMPORTANT NOTICE ABOUT CUSTOMER INFORMATION

### From the ServiceMaster® Family of Brands

We value the trust and confidence our customers have placed in the ServiceMaster family of brands as a provider of top quality home services. Keeping customer information secure is a priority and we believe that every customer's personal information should be handled with care. We have established policies and procedures to protect your information. This notice describes how the ServiceMaster family of brands collects information about you, the type of information that is collected, and the types of information about you that is shared within the ServiceMaster family of affiliated brands and third parties. This notice is provided to you by the **American Home Shield Corporation**[1], **The ServiceMaster Acceptance Company Limited Partnership**, or, when required, by one of the other ServiceMaster affiliated brands, as described under "Affiliates".

### Measures to Protect Customer Information

We will safeguard information you share with us by:

- Restricting access to personal information to those employees authorized to use that information to provide necessary services.
- Requiring employees to maintain the confidentiality of your information.
- Maintaining physical, electronic, and procedural safeguards to protect your personal information.
- Providing prospective and former customers with the same protections as current customers regarding the use of personal information.

Personal information is information about customers, not known publicly, that we obtain in connection with providing you with certain products and/or services, such as a home warranty or personal financing extended to customers for the purchase of our services and/or products. For example, it includes information about customers' homes as well as information specifically related to a request for, and the provision of, service from American Home Shield.

### Personal Information We Collect

The personal information that we collect about you comes from the following sources:

- Information we receive from you, such as your name, address, and telephone number, on applications or enrollment forms;
- Information about your transactions with us;
- Information we receive from our service providers under a home warranty about the provision of service or the service history on your home systems and appliances;
- Information we receive from your real estate professional, insurance agent, and third parties such as credit bureaus.

We may share any of the information that we collect as described below.

### How We Use Your Personal Information

We use information about you to provide you with a home warranty, to service or maintain your home warranty, to process your requests for service under a home warranty, to offer you financing for the purchase of our products and/or services, to present additional service offerings to you, and for other purposes as permitted by law.

### Affiliates

Our Affiliates are the family of brands controlled by The ServiceMaster Company, including those listed at the end of this notice. We may share with our Affiliates information about your transactions and experiences with us such as service history, payment history, name, address and telephone number. We also may share with our Affiliates other information used to establish your eligibility for a home warranty or financing, which we have received from you in application forms or from third parties. You may tell us not to share this eligibility information with our Affiliates (as described on back panel). Sharing eligibility information with our Affiliates may benefit you since it can make it easier when you apply for products or services from these companies and can help you receive timely notice about products services or other special offers from our Affiliates that may be of interest to you.

### Sharing Customer Information with Nonaffiliated Third Parties

Nonaffiliated third parties are those not part of The ServiceMaster Company family of brands. We may disclose any information about you that we collect, as described above, to nonaffiliated third parties that market products or services that you may be interested in, unless you tell us not to share this information with these third parties (as described on back panel).



RTMX_8-59216875-20101022

Even if you choose to opt-out of sharing with third parties, we may disclose information to nonaffiliated third parties as necessary to provide the service you requested or where otherwise permitted by law. These nonaffiliated third parties may include, but are not limited to, the following:

- Our network of independent service contractors who perform services to meet the needs of our home warranty customers;
- Third parties who perform or assist in the administration of warranty contracts (such as supplying necessary components or appliances, service quality assurance, and administrative services) or financing provided for the purchase of our products and/or services;
- Third parties with whom we have a joint marketing agreement;
- Third parties with whom we have agreements to perform marketing services on our behalf, such as printing and distribution.

### Your Opt Out Choice

We will limit our disclosure of information about you to nonaffiliated third parties, except as permitted or required by law, if you choose to opt out of such disclosure. In addition, you may direct us not to disclose information used to establish your eligibility for a home warranty or financing with other affiliated companies. You may exercise your right to opt out at any time by completing and returning the attached OPT-OUT REPLY FORM. Please remember that we will continue to protect your personal information regardless of your opt-out election.

### ServiceMaster Affiliated Brands

- American Home Shield Corporation
- Furniture Medic Limited Partnership
- The ServiceMaster Acceptance Company Limited Partnership
- The Terminix International Company Limited Partnership
- AmeriSpec, Inc.
- Merry Maids Limited Partnership
- ServiceMaster Residential/Commercial Services Limited Partnership
- TruGreen Limited Partnership

[1]The American Home Shield Companies include American Home Shield Corporation, American Home Shield of Arizona, Inc., American Home Shield of California, Inc., American Home Shield of Florida, Inc., American Home Shield of Iowa, Inc., American Home Shield of Maine, Inc., New Jersey Home Shield Corporation, American Home Shield of Texas, Inc., American Home Shield of Virginia, Inc., and American Home Shield of Washington, Inc.

---

### OPT-OUT REPLY FORM

We are required by federal law to provide you with a copy of our Privacy Policy each year. If you have previously notified us about your privacy preferences it is not necessary to do so again. If you prefer that we limit disclosures of personal information about you, as described in this notice, please complete and return this form by mail to:

**The ServiceMaster Company, P.O. Box 849, Carroll, IA 51401-9901**

_____ Please limit the disclosure of personal information about me to nonaffiliated third parties as described in this notice.

_____ Please limit the personal information about me that you share with other ServiceMaster affiliates as described in this notice.

I am making this election for information obtained through my relationship with the following company:

_____ American Home Shield Corporation
_____ The ServiceMaster Acceptance Company Limited Partnership
_____ The Terminix International Company Limited Partnership
_____ Other ServiceMaster affiliate:

______________________________
Name (Please print)

______________________________
Address

______________________________
City/State/Zip

______________________________
Telephone Number Contract Number

Please allow approximately 30 days from our receipt of this form for your instructions to become effective.

RTMX_8-59216876-20101022

# Routine Maintenance Tips

To help keep your home systems and appliances in their best condition and to get the most out of your home warranty.

## Air Conditioning Unit

Check filters every month. Clean or replace as needed.
Have annual system maintenance service performed one month before the cooling season begins.
Keep the condensing unit free of debris.
Trim shrubs and plants near condensing unit to ensure proper air flow/circulation.
Bent condensing unit fins can be straightened with a fine comb.

## Furnace

Check filters every month.
Visually inspect exhaust vent for rust, damage or deterioration.
Have annual system maintenance service performed one month before the heating season begins.

## Refrigerator

Clean the interior shelves, shell and gaskets every three months.
Once a year, clean the coils on the back or underneath with a vacuum cleaner.
37°F is an ideal temperature for your refrigerator compartment and 0°F for the freezer.
If the door gasket is sealing properly, it should hold a dollar bill in place when closed.

## Range/Oven

If you have a self-cleaning oven, do not use any other method to clean it.
Mineral deposits on the electric heating element can be cleaned with vinegar.
Clean or change range hood exhaust filters regularly.

## Washer

To adjust the level of your washing machine, turn the legs clockwise to lower them or counterclockwise to raise them.
Inspect cold and hot supply hoses for cracks or deterioration.

## Garbage Disposal

To clean the disposal, feed a full tray of ice cubes through it while running cold water.
To prevent stoppages, remember to run water during use and for at least 20 seconds after you finish.



RTMX_8-59216975-20101022

# My Account makes it simple to manage your AHS® Service Warranty

**Manage your service requests.** My Service Work Order lets you request service on one or more contracts within your account. Pick the system or appliance, tell us what's happening and we will send you an e-mail confirming your service contractor, including contact information. Don't need service? Cancel the request and you are done.

**Control your payments and payment options.** Tired of having to send a check each month? Use My Payments to sign up for automatic payments, check your balance, see if a service fee was paid or see your payment and service fee history. My Payments allows you to handle all your payment and accounting items, including updating your credit card information.

**Update your profile information.** My Profile lets you change your password, update your contact information, edit subscriptions for e-Newsletters and e-Maintenance tips and even sign up for other offers from the ServiceMaster® family of brands.

## Make your life easier with My Account!

To sign up today, visit www.ahs.com

A ServiceMaster Company

©2010 American Home Shield and its licensed subsidiaries. All rights reserved.