# EXHIBIT B

[redacted]

AHS AMERICAN HOME SHIELD

Need Service?
Call Toll-free:
1-800-776-4663

William & Bridgette Gaudet
38 Lakewood Pl.
New Orleans, LA 70131-8359

Dear William & Bridgette Gaudet,

Welcome to American Home Shield®! We are pleased to offer coverage for one of your most valuable assets: your home. We strive to make your life easier and we are here for you 24/7 to take your request for service.

Please take a moment to read through this booklet. We have included a variety of information that will help you get the most out of your home warranty and make caring for your home simple and hassle free.

Please remove the wallet cards from below. These cards contain your unique contract number and simple steps on how to request service.

Inside, you will find your contract and selected coverage. Please contact us if you would like to add any of the additional coverage listed on the Contract Agreement page.

Please contact us if you have any questions or need clarification on your warranty coverage. We look forward to providing you the quality of service our customers have come to expect from us for over 35 years.

Sincerely,

Steve Burnett

Steve Burnett
Chief Marketing Officer

**Property At:** 38 Lakewood PL
New Orleans, LA 70131

**Contract #:** 17004384

**Effective Date:** 08/16/2007

**Expiration Date:** 08/16/2008 12:01 AM

**For service, please call 1-800-776-4663.**

AHS AMERICAN HOME SHIELD

, your rental home, or even a family members
ond home warranty, and anyone can benefit.
nts who like to request service in the middle

# Keep Us Informed, So We Can Keep You Informed

## Please update or confirm any changes to your contact information with AHS®.

**To update your information you can:**

- Call 1-800-393-4072 (M-F 7am-9pm CST or S-S 7am-7pm CST)
- Email: contactinfo@ahslink.com
- Mail:

  American Home Shield
  c/o Sales Department
  PO Box 849
  Carroll, IA 51401-9901



**Be sure to include:**

- Contract ID
- Your Name
- Mailing Address
- Phone Number
- Email Address

[illegible] important [illegible]
Email [illegible]

[redacted]

**Receive service in 3 simple steps:**

1. Make a service request.
   Visit www.ahsservice.com or
   Call the number on the front of this card.
   AHS® is available 24/7 for service requests.
2. An AHS service contractor will contact you during normal business hours to set up an appointment.
3. A trade service call fee will be due when the technician arrives.

AHS07-1NTP4-236-0001845

# 3 Ways AHS® Takes Out the Hassle...



**If AHS determines it can't be fixed, we will replace it.**

After an AHS service contractor determines your covered system or appliance can't be repaired, AHS will replace it. You simply pay the trade service call fee and let AHS worry about the heavy lifting.

**Don't take the heat for repeat visits.**

You only have to pay your trade service call fee once for each covered breakdown within a 30 day period. There will be no additional trade service call fee if the technician comes today and has to come back next week with new parts.

**No limit to the number of covered repairs.**

If your dishwasher breaks this month and next month your stove is on the blink – just call AHS. The rest will be taken care of with no hassles. It's that simple.

# Vacation or Rental Property?

**Coverage is available for additional homes**

Call AHS to start protecting your vacation home, your rental home, or even a family member's home! Virtually any property is eligible for a second home warranty, and anyone can benefit. This is especially convenient for those with tenants who like to request service in the middle of the night.

# Contract Agreement

OWNER:

William & Bridgette Gaudet
38 Lakewood Pl.
New Orleans, LA 70131-8359

| | |
|---|---|
| ANNUAL RATE: | $ 434.00 |
| CONTRACT TERM: | 06/16/2007 - 06/16/2008 12:01 AM |
| CONTRACT NUMBER: | 17004364 |
| COVERED PROPERTY: | 38 Lakewood Pl. New Orleans, LA 70131 |
| DWELLING TYPE: | Single Family Residence under 5,000 sq.ft. |
| PAYMENT SELECTED: | 1 Payment |

**Your service fee will be $55.00**

**Request service 24 hours a day, 7 days a week:**
**www.ahsservice.com 1-800-776-4663**

# Contract Agreement

**All items checked below are included in your home warranty:**

- ☑ AIR CONDITIONING
- ☑ CENTRAL VACUUM SYSTEM
- ☑ HEATING SYSTEM
- ☑ REMOVAL OF DEFECTIVE EQUIPMENT
- ☑ ELECTRICAL SYSTEM
- ☑ GARAGE DOOR OPENER
- ☑ PLUMBING
- ☑ REFRIGERATOR
- ☑ COOKTOP
- ☑ CLOTHES WASHER
- ☑ WATER HEATER
- ☐ POOL/SPA COMMON EQUIPMENT
- ☐ POOL ONLY
- ☐ WELL PUMP
- ☑ STEAM/WATER HEAT
- ☑ CEILING FANS
- ☑ DISHWASHER
- ☑ DUCTWORK
- ☑ GARBAGE DISPOSAL
- ☑ BUILT-IN MICROWAVE
- ☑ PERMIT FEES COVERED UP TO $250
- ☑ RANGE/OVEN
- ☑ TRASH COMPACTOR
- ☑ CLOTHES DRYER
- ☑ WATER SOFTENER
- ☐ WHIRLPOOL
- ☐ SPA ONLY

**It's not too late! Items not selected above can still be added to your plan.**

**Contact us to add additional coverage not selected above:**

**1-800-247-4749**

American Home Shield Corporation
P.O. Box 849
Carroll, IA 51401

**A. COVERAGE**

1. During the coverage period, AHS will arrange for an AHS authorized service contractor (Service Contractor) to repair or replace the systems and appliances stated as covered in accordance with the terms and conditions of this contract so long as the systems and appliances:
   **A. Are located within the confines of the main foundation of the home or attached or detached garage (with the exception of the exterior well pump, air conditioner, and pool and/or spa equipment, if selected);**
   **B. Become inoperative due to normal wear and tear;**
   **C. Are in good working order on the Effective Date of this contract (as defined below); and**
   **D. Are properly maintained and installed throughout the term of this contract for proper diagnosis.**
2. This contract only covers single family resale homes, new construction homes, and condominiums/townhomes/mobile homes (including manufactured housing) under 5,000 square feet, unless an alternative dwelling type (i.e. 5,000 square feet up to 10,000 square feet, or multiple units) is applied for by calling the Sales phone number on the Contract Agreement page, and the appropriate fee is paid. Coverage is for owned or rented residential property, not commercial property or residences used as businesses, including, but not limited to, day care centers, fraternity/sorority houses, and nursing/care homes.
3. This contract describes the basic coverage and options available for domestic grade appliances and systems. Domestic grade items are those that were manufactured and marketed solely for installation and use in a residential family dwelling. For the specific coverage selection on your home, see the Contract Agreement page. Coverage includes only the items stated as covered and excludes all others. Coverage is subject to limitations and conditions specified in this contract. Please read your contract carefully.

**B. CONTRACT TERM**

1. Seller's coverage for the listing and sale (escrow) period starts upon issuance of a contract number by AHS (Effective Date), and continues for 180 days or close of sale (escrow) or termination of listing (whichever occurs first). In the event that close of sale (escrow) does not occur in such 180-day period, AHS may, in its sole discretion, extend the seller's coverage period. If the application is received as a telephone or web application, then coverage will start immediately upon issuance of a contract number by AHS. Seller's coverage includes systems and appliances in Section D only, and excludes all others, unless the Heating, Air Conditioning, and Ductwork (HVAC) option is purchased.
2. Buyer's coverage begins at close of sale (escrow), provided plan fee is paid to AHS (Effective Date), and continues for one (1) year after close of sale (escrow). Any payments made by AHS during the optional seller's coverage period (if applicable) for the repair or replacement of any covered item shall apply against any "per contract" or "per covered item" dollar limitations set forth herein. Any exclusion, denial or suspension of service made by AHS during the optional seller's coverage period of any covered item shall apply against the buyer's coverage as set forth herein unless such item is repaired or replaced.
3. Contract term for new construction homes shall begin one (1) year after close of sale (escrow) and continues three (3) years from that date, provided plan fee is paid.
4. Lease option coverage (available for lessee only) begins upon receipt of application and contract fees by AHS and continues for one (1) full year.

**C. CUSTOMER SERVICE – TO REQUEST SERVICE CALL: 1-800-776-4663 OR VISIT www.ahsservice.com**

1. You must notify AHS for work to be performed under this contract as soon as the problem is discovered. AHS will accept service calls 24 hours a day, 7 days a week at 1-800-776-4663 or online at www.ahsservice.com. Notice of any service request must be given to AHS prior to expiration of this contract.
2. Upon request for service, AHS will contact a Service Contractor within four (4) hours during normal business hours and forty-eight (48) hours on weekends and holidays. The Service Contractor will promptly contact you to schedule a mutually convenient appointment during normal business hours. **AHS will determine what repairs constitute an emergency and will make reasonable efforts to expedite emergency service. If you should request AHS to perform non-emergency service outside of normal business hours, you will be responsible for payment of additional fees, including overtime.**
3. The contract provides for the payment of up to $75 per night, or up to 3 nights lodging in a motel or hotel, if delays are encountered in heating system repairs when the outside temperature is less than 40° F. or delays in A/C repairs when outside temperature is more than 95° F. The maximum amount this contract will pay for motel/hotel expenses during the term of this contract is $225.
4. **AHS has the right to select the Service Contractor, which may be a service company affiliated with AHS, to perform the service. AHS will not reimburse for services performed without its prior approval.**
5. You will pay **$55 or $95 for each trade service call (depending on which home warranty contract you selected to purchase on the AHS Application), or the actual cost, whichever is less. Additional** charges may apply to **certain repairs and replacements. The trade** service call fee is **for each call dispatched and scheduled to be run** (except as noted in **Section C.6.) including, but not limited to, trade** service calls wherein **coverage is (in whole or in part) granted,** excluded, limited **or denied. Please note: the trade service call fee** applies in the event **you fail to be present at the scheduled time of the** trade service call **or in the event you cancel a call at the time the** Service Contractor **is in route to your home or the Service Contractor** has already arrived **at your home. The trade service call fee will be due** and payable to the **Service Contractor (or to AHS) at the time of the** scheduled trade **service call. AHS will not respond to any new requests** for service until **any previous outstanding trade service call fees are** paid in full.
6. **At the time the work begins and at appropriate time(s) thereafter, certain repairs and replacements may require you to allow a state or local building inspector access to your home.** Failure to pay any required permit fee above $250 or to allow access to your home by the building inspector, will result in suspension of coverage (for that specific repair or replacement) until such time as the permit fee is paid or access is granted (as applicable). At that time, coverage will be reinstated; however, the contract term will not be extended.
7. If service work **performed under this contract should fail, AHS will** make the necessary **repairs without an additional trade service call fee** for a period of **90 days on parts and 30 days on labor.**

**D. COVERED SYSTEMS AND APPLIANCES**

**The following systems and appliances are covered for the home seller and home buyer. Certain limitations of liability apply to covered systems and appliances (see Sections A and G).**

**1. PLUMBING SYSTEM**

**COVERED: Leaks and breaks of water, drain, gas, waste or vent lines, except if caused by freezing or roots – Toilet tanks, bowls and related mechanisms (builder's standard is used when replacement is necessary), toilet wax ring seals – Valves for shower, tub, and diverter, angle stops, risers and gate valves – Permanently installed sump pumps (ground water only).**

**NOT COVERED: Collapse or damage to water, drain, gas, waste or vent lines caused by freezing or roots – Caulking and grouting – Septic tanks – Pressure regulators – Inadequate or excessive water pressure – Flow restrictions in fresh water lines caused by rust, corrosion or chemical deposits – Sewage ejector pumps – Holding or storage tanks – Saunas or steam rooms – Hose bibs – Whirlpool jets.**

**NOTE: Where covered repairs require access to plumbing systems, AHS will only provide access to plumbing systems through unobstructed walls, ceilings or floors, and will return access openings to a rough finish. Obstructions include, without limitation, built-in appliances, systems, cabinets, and floor coverings. AHS will cover up to $500 for access, diagnosis, repair or replacement (including returning access openings to a rough finish) to any portion of a plumbing system that is inaccessible because of concrete. See Section B. for length of contract term.**

© 2005 AHS Corporation GEN105

**2. STOPPAGES**
COVERED: Clearing of mainline drain and sewer stoppages up to 100 feet from access point, except if caused by roots. Mainline stoppages are only cleared when an accessible cleanout is either available or can be installed (installation not covered). Clearing of lateral drain line stoppages up to 100 feet from access point including, but not limited to, accessible cleanout, p-trap, drain or overflow access points, and removing a toilet for a toilet stoppage only.
NOT COVERED: Costs to locate or access cleanouts not reasonably found or accessible, or to install cleanouts. Access through roof vents or toilets (except where noted). Stoppages caused by collapsed, damaged or broken drain, vent or sewer lines outside of the home's main foundation – Stoppages due to roots or foreign objects – Lines broken or infiltrated by roots, or otherwise stopped by roots, even if within the home's main foundation – Septic tanks.

**3. PLUMBING FIXTURES**
COVERED: Faucet assemblies, lavatories, bathtubs, toilets, and drain traps.
NOT COVERED: Shower enclosures and shower base pans – Leaks due to failure of caulk, putty or grout – Toilet lids and seats – Interior "whirlpool-jacuzzi" type tubs or equipment are excluded unless purchased under the Optional Coverage.

**4. ELECTRICAL SYSTEM**
COVERED: All components and parts, including built-in exhaust fans, except:
NOT COVERED: Fixtures – Door bells – Alarms – Intercom or speaker systems – Audio/video/computer wiring or cable – Telephone wiring – Inadequate wiring capacity – Power failure or surge – Direct current (D.C.) wiring or components and/or low voltage systems including wiring and relays – Circuit overload – Power vents – Bathroom heaters and fans.

**5. WATER HEATER (Gas, Electric, or Oil)**
COVERED: All components and parts, including circulating pumps, except:
NOT COVERED: Solar water heaters – Solar components – Ancillary holding or storage tanks – Noise – Fuel storage tank and energy conservation unit – Thermal expansion tanks – Instant hot water dispenser.

**6. RANGE/OVEN/COOKTOP (Gas or Electric)**
COVERED: All components and parts, except:
NOT COVERED: Clocks (unless they affect the function of the oven) - Meat probe assemblies - Rotisseries - Racks - Handles - Knobs - Sensi-heat burners will only be replaced with standard burners.

**7. CLOTHES WASHER**
COVERED: All components and parts, except:
NOT COVERED: Plastic mini-tubs - Soap dispensers - Filter screens - Knobs and dials - Damage to clothing – Drawers.

**8. CLOTHES DRYER (Gas or Electric)**
COVERED: All components and parts, except:
NOT COVERED: Venting - Lint screens - Knobs and dials – Dryer cabinet fragrance/humidity center, hangers, shelves, rods, hooks, and cabinet liner – Damage to clothing – Racks – Drawers.

**9. GARBAGE DISPOSAL**
COVERED: All components and parts, including entire unit.

**10. GARAGE DOOR OPENER**
COVERED: Wiring – Motor – Switches – Receiver unit – Rail/Trolley assembly.
NOT COVERED: Doors – Hinges – Springs – Remote transmitters – Track assembly.

**11. WATER SOFTENER**
COVERED: Domestic water softener.
NOT COVERED: Conditions of insufficient or excessive water pressure.

**12. CEILING AND WHOLE-HOUSE ATTIC FANS**
COVERED: All components and parts.

**13. DISHWASHER**
COVERED: All components and parts, except:
NOT COVERED: Racks - Baskets – Rollers.

**14. BUILT-IN MICROWAVE OVEN**
COVERED: All components and parts, except:
NOT COVERED: Interior linings - Door glass - Shelves - Portable or counter top units - Meat probe assemblies – Rotisseries – Clocks.

**15. TRASH COMPACTOR**
COVERED: All components and parts, except:
NOT COVERED: Lock and key assemblies - Removable buckets.

**16. CENTRAL VACUUM SYSTEM**
COVERED: All components and parts, except:
NOT COVERED: Removable hoses and accessories. AHS is not responsible for the cost of gaining access from the floor or walls either to locate the cause of malfunction or to affect repair or replacement.

**E. ADDITIONAL COVERAGE FOR THE HOME BUYER**
**OPTIONAL COVERAGE FOR THE HOME SELLER**
**NOTE FOR SELLER: Optional HVAC coverage fee of $70 is due at the closing, expiration of listing, or cancellation, whichever occurs first. The following items in Section E are subject to a combined $1,500 maximum coverage limitation during the listing period. Limitation of liability specified in Sections A and G shall apply.**

**1. HEATING SYSTEM OR BUILT-IN WALL UNIT (Gas, Electric, or Oil if main source of heat to the home – Space or area type heating units are covered only where there is no central heating system.)**
COVERED: Heating systems including: heat pump; metering devices (i.e. thermal expansion valves); furnace; furnace transition; evaporator coils and drain lines; air handling unit; air handling transition; secondary drain pan and lines; and refrigerant lines are covered. Any of the foregoing covered components as well as plenum, indoor electrical, and duct connections are also covered when AHS determines that upgrading a heating system is required to maintain compatibility with equipment manufactured to be 13 SEER (Seasonal Energy Efficiency Ratio) and 7.7 HSPF (Heating Seasonal Performance Factor) compliant, or compliant with higher SEER or HSPF requirements.
NOT COVERED: All components and parts relating to geothermal, water source heat pumps including: outside or underground piping, components for geothermal and/or water source heat pumps, redrilling of wells for geothermal and/or water source heat pumps, and well pump and well pump components for geothermal and/or water source heat pumps - Baseboard casings - Fuel storage tanks - Portable units - Solar heating systems - Fireplaces and key valves - Filters - Registers - Grills - Clocks - Timers - Heat lamps - Humidifiers - Flues and vents - Improperly sized heating systems – Chimneys – Pellet stoves – Cable heat (in ceiling) – Wood stoves (even if only source of heating) – Systems with improperly matched condensing unit and evaporative coil per manufacturer's specifications – Improper use of metering devices (i.e. thermal expansion valves).
**NOTE BUYER ONLY: AHS will pay no more than $1,000 per covered item per contract term for access, diagnosis and repair or replacement of any glycol, hot water or steam circulating heating system. See Section B. for length of contract term.**

**2. AIR CONDITIONING/COOLER**
NOTE: Coverage available on heating and/or cooling systems not exceeding a five (5) ton capacity and designed for residential application.
COVERED: Ducted electric wall air conditioning systems – Water evaporative cooler systems – Ducted electric central air conditioning systems including: condenser; metering devices (i.e. thermal expansion valves); furnace transition; evaporator coils and drain lines; air handling unit; air handling transition; secondary drain pan and lines; and refrigerant lines are covered. Any of the foregoing covered components as well as plenum, indoor electrical, and duct connections are also covered when AHS determines that upgrading a ducted electric central air conditioning system is required to maintain compatibility with equipment manufactured to be 13 SEER (Seasonal Energy Efficiency Ratio) and 7.7 HSPF (Heating Seasonal Performance Factor) compliant, or compliant with higher SEER or HSPF requirements.
NOT COVERED: Gas air conditioning systems - Condenser casings - Registers and grills - Filters - Electronic air cleaners - Window units - Non-ducted wall units – Any systems using R-500 freon – Water towers - Humidifiers - Roof jacks or stands - Evaporative cooler pads - Flues - Vents - Improperly sized air conditioning unit – Chillers and chiller components – Systems with improperly matched condensing unit and evaporative coil per manufacturer's specifications – Improper use of metering devices (i.e. thermal expansion valves).

© 2005 AHS Corporation GEN105

**3. DUCTWORK**
COVERED: Ducts from heating, cooling, and/or water heater units to point of attachment at registers or grills and flex ductwork.
NOT COVERED: Registers or grills - Insulation - Asbestos-insulated ductwork - Dampers - Improperly sized ductwork - Diagnostic testing of, or locating leaks to ductwork, including, without limitation, as required by any federal, state or local law, regulation, or ordinance, or when required due to the installation or replacement of system equipment.

**F. OPTIONAL COVERAGE FOR THE HOME BUYER (AVAILABLE UPON PAYMENT OF ADDITIONAL CONTRACT FEE)**
NOTE: Home buyer may purchase any optional coverage for up to 30 days after the Effective Date (see Section B). However, coverage shall not commence until receipt of payment by AHS and such coverage shall expire upon expiration of contract term in Section B. Limitations of liability specified in Sections A and G shall apply.
For new construction coverage, home buyer may purchase optional coverage up to 30 days after close of sale (escrow) provided such item was supplied by the home builder or developer (must be new). Optional coverage may be obtained after the initial 30 day period provided item is brand new and proof of brand new purchase is submitted to AHS. Contract term shall begin after the expiration of the manufacturer's warranty and will continue for the remainder of the contract. However, the coverage period shall begin 365 days from close of sale (escrow) and continues three (3) years from that date, provided contract fee is paid. Limitations of liability specified in Sections A and G shall apply.
1. POOL AND/OR SPA EQUIPMENT (excludes portable or above ground spas)
COVERED: Both pool and built-in spa equipment (exterior hot tub and whirlpool) are covered if they utilize common equipment. If they do not utilize common equipment, then only one or the other is covered unless an additional fee is paid. Coverage applies to above ground, accessible, working components and parts of the heating, pumping, and filtration system as follows: Heater – Pump – Motor – Filter – Filter timer – Gaskets – Blower – Timer – Valves, limited to back flush, actuator, check, 2-way and 3-way valves – Relays and switches – Above ground plumbing pipes and wiring.
NOT COVERED: Pool sweep motor and pump – Lights - Liners - Structural defects - Solar equipment - Jets – Ornamental fountains, waterfalls and their pumping systems – Pool cover and related equipment – Fill line and fill valves - Built-in or detachable cleaning equipment such as, but not limited to, pool sweeps, pop-up heads, turbo valves, skimmers, chlorinators, and ionizers - Fuel storage tanks – Disposable filtration mediums – Heat pump – Portable or above ground spas – Multi-media centers.
2. ONE KITCHEN REFRIGERATOR (must be located in the Kitchen)
COVERED: All components and parts, except:
NOT COVERED: Racks - Shelves – Drawers – Ice makers, ice crushers, beverage/water dispensers and their respective equipment - Interior thermal shells - Food spoilage - Freezers which are not an integral part of the refrigerator – Multi-media center.
3. WHIRLPOOL BATHTUBS
COVERED: Interior "whirlpool-jacuzzi" type systems (circulation system, piping, pump/motor, inlets or outlets, electrical controls and wiring).
NOT COVERED: Opening or closing access route.
4. WELL PUMP
COVERED: All components and parts of well pump utilized as the main source of water to the home, except:
NOT COVERED: Above or underground piping, cable or electrical lines leading to or from the well pump, including those that are located within the well casing – Well casings – Pressure switches not located on the pump – Holding, storage or pressure tanks – Booster pumps – Redrilling of wells – Well pump and well pump components for geothermal and/or water source heat pumps – Above or underground piping, cable or electrical lines for geothermal and/or water source heat pumps, including those that are located within the well casing.

**G. LIMITATIONS OF LIABILITY**
1. The following are not covered for the home seller or for the first 30 days after the Effective Date (see Section B) for the home buyer: (a) malfunction or improper operation due to rust or corrosion of appliances, heating systems (including built-in wall units or heat pumps) and/or air conditioning systems/coolers or pools/spas; (b) collapsed ductwork.
2. AHS is not responsible for providing or closing access to covered items except as noted in Section D.1.
3. AHS is not liable for restoration of any wall coverings, floor coverings, cabinets, counter tops, tiling, paint, or the like, nor the repair of any cosmetic defects.
4. AHS is not responsible for electronic or computerized home management systems including, but not limited to, energy, lighting, security, appliances, entertainment, comfort or audio systems.
5. AHS is not responsible or liable for secondary, incidental and/or consequential loss or damage resulting from the malfunction of any covered item including, but not limited to, food spoilage, loss of income, utility bills, additional living expenses, personal and/or property damage, or authorized contractor's service or delay in service.
6. AHS is not responsible or liable for any delay in service or failure to provide service caused by conditions beyond its control, including, but not limited to, delays in obtaining, or shortages of, parts and/or equipment, or labor difficulties.
7. AHS is not responsible or liable for repair of conditions or replacement caused by chemical or sedimentary build up, misuse or abuse, failure to clean or maintain, missing parts, structural changes, fire, freezing, electrical failure or surge, water damage, lightning, mud, earthquake, soil movement, storms, accidents, pet damage, pest damage, acts of God, or failure due to excessive or inadequate water pressure.
8. AHS has the sole right to determine whether a covered system or appliance will be repaired or replaced. Should AHS replace a covered appliance, system or component, AHS will pay the costs related to the disposal of the old appliance, system or component. AHS is responsible for installing replacement equipment of similar features, capacity, and efficiency, but not for matching dimensions, brand or color. Except when repairing or upgrading covered systems to maintain compatibility with equipment manufactured to be 13-SEER or 7.7 HSPF compliant, or compliant with any higher SEER or HSPF requirements, AHS is not responsible or liable for upgrades, components, parts or equipment required due to: (a) the incompatibility of the existing equipment with the replacement system or appliance or component or any part thereof; or (b) any new type of chemical or material utilized to run the replacement equipment including, but not limited to, differences in technology, refrigerant requirements, or efficiency as mandated by federal, state, or local governments. AHS is not responsible or liable for the cost of construction, carpentry, or other modifications made necessary by the existing equipment or installing different equipment.
9. AHS is not responsible or liable for repairs related to inadequacy, lack of capacity, misuse, improper installation, previous repair or design, manufacturer's defect, and any modification to the system or appliance. AHS does not perform routine maintenance. You are responsible for providing maintenance and cleaning on covered items as specified by the manufacturer to ensure continued coverage on such items. For example: heating and air conditioning systems require periodic cleaning and/or replacement of filters and cleaning of evaporator and condenser coils. Water heaters require periodic flushing.
10. AHS reserves the right to obtain a second opinion at its expense.
11. This contract does not cover appliances or systems deemed or classified by the manufacturer as commercial.
12. AHS is not responsible for any repair, replacement, installation, or modification of any covered system, appliance, or component or part thereof: (a) that has been, or is, determined to be defective by the Consumer Product Safety Commission or the manufacturer; (b) that a manufacturer has issued, or issues, a warning or recall; (c) that has a malfunction caused by the manufacturer's improper design, use of improper materials, formula, manufacturing process or other manufacturing defect; or (d) while still under an existing manufacturer's, distributor's, or in-home warranty.
13. AHS reserves the right to provide pre-approved reimbursement of itemized costs or cash back in lieu of repair or replacement. Both pre-

© 2005 AHS Corporation GEN105

approved reimbursement of itemized costs and cash back in lieu of repair or replacement will be based on what AHS would ordinarily expect to pay for the same parts and labor, which may be less than retail or your actual cost. Acceptable proof of your actual itemized costs must be provided to AHS before any reimbursement amount may be paid.

14. AHS reserves the right to rebuild a part or component, or replace with a rebuilt part or component.

15. AHS is not under any circumstances liable for the diagnosis, repair, removal or remediation of mold, mildew, bio-organic growth, rot or fungus, or any damages resulting from or related to mold, mildew, rot or fungus, even when caused by or related to the malfunction, repair or replacement of a covered system or appliance.

16. AHS will not contract to perform service nor pay costs involving hazardous or toxic materials including, but not limited to, asbestos, mold, lead paint, and sanitation of sewage spills, nor will it pay costs related to recapture or disposal of refrigerants, contaminants, hazardous, or toxic materials.

17. This contract does not cover fees associated with use of cranes needed to install or remove any equipment located on the roof top.

18. AHS is not responsible for like-for-like replacement of appliances if the appliance contains any features that do not contribute to the appliance's primary function including, without limitation, TV's or radios in refrigerators.

## H. LAWS, REGULATIONS AND CODE REQUIREMENTS

Except when repairing or upgrading covered systems to maintain compatibility with equipment manufactured to be 13 SEER or 7.7 HSPF compliant, or compliant with any higher SEER or HSPF requirements, AHS is not responsible for any upgrades, work, testing or costs required to comply with any federal, state, or local laws, regulations or ordinances or utility regulations, or to meet current building or zoning code requirements, or to correct for code violations. AHS will pay for the cost of local building permits for approved repairs and replacements up to $250 per occurrence but will not be responsible for service when permits cannot be obtained. AHS' policy is to abide by all current federal, state, and local laws, regulations and guidelines. AHS will not be responsible for any liability arising from repairs or replacements that violate any such laws, regulations, or guidelines.

## I. MULTIPLE UNITS AND INVESTMENT PROPERTY

1. If this contract is for a duplex, triplex, or fourplex dwelling, then all unit(s) within such dwelling must be covered by one AHS contract for protection to apply to common systems. Should any unit within such dwelling not be covered as part of the one AHS contract, then AHS is not liable for common systems or appliances.
2. If this contract is for a dwelling within a multiple unit of five (5) dwelling units or more, then only items contained within the confines of each individual unit are covered. Common systems and appliances are not covered.
3. Except as otherwise provided in this section, common systems and appliances are not covered.

## J. TRANSFER OF CONTRACT AND RENEWALS

1. If the covered property changes ownership during the contract term, please call the Sales phone number on the Contract Agreement page for further information to transfer coverage to the new owner.
2. This contract may be renewed at the option of AHS. In that event, you will be notified of the prevailing rates and terms for renewal.

## K. CANCELLATION

A. This contract may be cancelled by the contract holder within the first 30 days following the Effective Date, unless otherwise mutually agreed upon by AHS and contract holder. In such cases, this contract shall be deemed void and the provider of funds shall be entitled to a full refund of the paid contract fees less any service (and claims) costs incurred by AHS.

B. This contract shall be non-cancelable by AHS, except: (1) for nonpayment of contract fees; (2) for fraud or misrepresentation of facts material to the issuance of this contract; (3) when the contract is for listing coverage and close of sale (escrow) does not occur, if applicable; or (4) upon mutual agreement of AHS and the contract holder. If AHS cancels or agrees to allow the contract holder to cancel after the 30th day, then the provider of funds shall be entitled to a pro rata refund of the paid contract fees for the unexpired term, less: (a) an administrative fee of up to $35; and (b) any service (and claims) costs incurred by AHS (collectively, the "Cancellation Fees"). A 10% monthly penalty shall be added to refunds not paid or credited within 45 days after the return of this contract to AHS.

C. If the contract fees are billed through a mortgage loan that is later sold or paid in full, then uninterrupted coverage can be arranged by immediately calling (800) 247-4749 to establish an alternate payment method. This contract will be deemed cancelled if the contract holder fails to initiate such payment arrangements within 30 days (or such other time period for notice to the contract holder as set forth below). The law in the contract holder's state (i.e. where residence is located) may revise this cancellation section. Therefore, the following provisions expressly modify the specific cancellation language set forth above:

ALABAMA residents only:

A. This contract may be cancelled by the contract holder within the first 30 days following the Effective Date, unless otherwise mutually agreed upon by AHS and contract holder. In such cases, this contract shall be deemed void and the provider of funds shall be entitled to a full refund of the paid contract fees less any service (and claims) costs incurred by AHS.

B. This contract shall be non-cancelable by AHS, except: (1) for nonpayment of contract fees; (2) for fraud or misrepresentation of facts material to the issuance of this contract; (3) when the contract is for listing coverage and close of sale (escrow) does not occur, if applicable; or (4) upon mutual agreement of AHS and the contract holder. If AHS cancels or agrees to allow the contract holder to cancel after the 30th day, then the provider of funds shall be entitled to a pro rata refund of the paid contract fees for the unexpired term, less: (a) an administrative fee of up to $35; and (b) any service (and claims) costs incurred by AHS (collectively, the "Cancellation Fees"). A 10% monthly penalty shall be added to refunds not paid or credited within 45 days after the return of this contract to AHS. At least 5 days prior written notice is required for any cancellation by AHS, except for: (1) nonpayment of contract fees, or (2) fraud or misrepresentation of facts material to the issuance of this contract.

C. If the contract fees are billed through a mortgage loan that is later sold or paid in full, then uninterrupted coverage can be arranged by immediately calling (800) 247-4749 to establish an alternate payment method. This contract will be deemed cancelled if the contract holder fails to initiate such payment arrangements within 30 days.

ILLINOIS residents only:

This contract is issued and serviced by American Home Shield Corporation. THIS IS NOT A CONTRACT OF INSURANCE. This contract may only cancelled pursuant to the terms as provided herein. If cancelled, AHS shall have no further obligation, except as specified under Items 1 and 2 as follows: (1) this contract may be cancelled by the contract holder during the first 30 days of coverage for a full refund of the paid contract fees, if an only if, no service has been provided under this contract. If so cancelled after 30 days by the contract holder, contract holder shall be entitled to a pro rata refund of the paid contract fees for the unexpired term, less a cancellation fee (incurred by AHS) of $30 or 10% of the contract price, whichever is less. (2) This contract may be cancelled by AHS or contract holder at any other time, and contract holder shall be entitled to a pro rata refund of the paid contract fees for the unexpired term, less the value of any services received and less a cancellation fee (incurred by AHS) of $30 or 10% of the contract price, whichever is less.

If the contract fees are billed through a mortgage loan that is later sold or paid in full, then uninterrupted coverage can be arranged by immediately calling (800) 247-4749 to establish an alternate payment method. This contract will be deemed cancelled if the contract holder fails to initiate such payment arrangements within 30 days.

## L. MISCELLANEOUS

ALABAMA residents only:

Obligations of the provider under this service contract are backed by the full faith and credit of the provider.

ILLINOIS residents only:

Obligor is American Home Shield Corporation.

© 2005 AHS Corporation GEN105

Case 2:11-cv-01857-KDE-SS Document 1-2 Filed 08/03/11 Page 36 of 44

# Common AHS® Home Warranty Questions

**Q. My system or appliance is over 10 years old. Is it still covered?**

A. Yes. Your AHS Home Warranty covers your home systems and appliances no matter what age.

**Q. How many service calls am I allowed?**

A. As many as you need. There is no limit to the number of times you can call for covered repairs. In fact, the typical AHS Home Warranty owner calls for repairs more than two times a year.

**Q. What if I have an appliance that can't be fixed?**

A. If we determine your covered system or appliance can't be fixed by a service contractor, it will be replaced based on your contract agreement.

**Q. Do service contractors vary charges based on the type or complexity of the repair?**

A. No, you pay the same low trade service call fee.

**Q. How do I know my service contractor is qualified?**

A. AHS contractors are pre-screened to meet our quality standards. Performance is also monitored regularly to make sure you receive professional, quality work. Your satisfaction is a top priority at AHS.

**Q. What if I'm not satisfied with the services?**

A. AHS will work with you until you are satisfied or we will refund the amount of the trade service call fee.

**Q. Can I access my account online?**

A. Yes. Simply go online to www.ahsservice.com, and you can request repair services, make payments, view your account status and more.

# Quick Fixes for Common Problems

Below are a few quick and easy ways to fix problems with your household items. With any system failure, always check the fuse box/circuit breaker first.

**Air Conditioning Unit**

Problem: Unit cycles on and off constantly

Solution: Have a professional clean out the evaporator unit.

**Water Heater**

Problem: No hot water

Solution: Re-light pilot light, and make sure gas controls are on. If your heater is electric and you've already checked the fuse box, push the reset button.

Problem: There isn't enough hot water

Solution: Turn the thermostat higher, insulate the hot water pipes. Call a professional if that doesn't fix the problem.

**Refrigerator & Freezer**

Problem: It has stopped running however the light works and you hear a clicking noise.

Solution: Clean the coils with a vacuum only. Check the fan. Test the thermostat and replace if necessary.

**Furnace**

Problem: No heat at all.

Solution: After checking the fuse box, check blower motor. Make sure gas is on/pilot is lit.

Problem: Rooms aren't warm enough.

Solution: Replace the filter, have a professional clean the ducts, or call a professional to inspect it.

**Oven/Range**

Problem: Burner isn't working.

Solution: If it is a gas range, re-light the pilot and make sure the gas is on. If it is electric there could be a defective element, wiring, or switch. Check each part for continuity.

**Electric Clothes Dryer**

Problem: Drum turns, but nothing is drying.

Solution: Clean the trap and the exhaust vent. Check the thermostat, element, and timer. One of them may need to be replaced.

These "tips" are offered as suggestions for troubleshooting some of the more common causes of the mechanical failure of home systems and appliances. If you do not feel comfortable you have the requisite knowledge, skill or experience to safely and properly implement any of the suggested "tips" that may apply to your systems or appliances, DO NOT ATTEMPT TO FOLLOW THE "TIPS". CALL A QUALIFIED PROFESSIONAL. AHS disclaims any and all responsibility and liability for any injuries, damages or liabilities that may arise out of any application or implementation, or reliance upon, these "tips".

# Common AHS® Home Warranty Questions

**Q. My system or appliance is over 10 years old. Is it still covered?**

A. Yes. Your AHS Home Warranty covers your home systems and appliances no matter what age.

**Q. How many service calls am I allowed?**

A. As many as you need. There is no limit to the number of times you can call for covered repairs. In fact, the typical AHS Home Warranty owner calls for repairs more than two times a year.

**Q. What if I have an appliance that can't be fixed?**

A. If we determine your covered system or appliance can't be fixed by a service contractor, it will be replaced based on your contract agreement.

**Q. Do service contractors vary charges based on the type or complexity of the repair?**

A. No, you pay the same low trade service call fee.

**Q. How do I know my service contractor is qualified?**

A. AHS contractors are pre-screened to meet our quality standards. Performance is also monitored regularly to make sure you receive professional, quality work. Your satisfaction is a top priority at AHS.

**Q. What if I'm not satisfied with the services?**

A. AHS will work with you until you are satisfied or we will refund the amount of the trade service call fee.

**Q. Can I access my account online?**

A. Yes. Simply go online to www.ahsservice.com, and you can request repair services, make payments, view your account status and more.

# AHS Customers and Contractors Speak Up

## CUSTOMERS

"Having the [AHS] home warranty has provided a significant level of comfort knowing that we are covered should we experience any unexpected breakdowns in our covered home systems or appliances."

Grace and Larry
Homeowners, San Jose area

"Our AHS home warranty is extremely valuable – It's paid for itself many times over. All of our home problems have been covered."

JoAnn Haws
Homeowner, Portland area

"AHS was very responsive and demonstrated a high level of service. But the part we liked best was the cost savings! Without an AHS home warranty, we would have paid so much more."

Karen Ferreira
Homeowner, San Diego, CA

## CONTRACTORS

"Home warranties are one of the most valuable assets a homeowner can have. It saves money and ensures the homeowner that the repairs are going to be made by professional contractors."

Tracy Artley
AHS contractor

"The typical service fee is far less expensive than what our service technicians charge for parts and labor by the hour. It's not even close."

George Valdenegro
AHS contractor

"With an AHS Home Warranty, homeowners will usually have more items covered and at a lower cost when compared to individual extended warranty plans."

Eddy Carpenter
AHS contractor