UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM and BRIGETTE GAUDET, on behalf of themselves and all others similarly situated, | * * * * | No. 11-1857 |
| | * | SECTION "N" (1) |
| Plaintiffs, | * | |
| v. | * | CONSOLIDATED WITH: No. 12-1781 |
| | * | |
| AMERICAN HOME SHIELD CORPORATION, | * * | JUDGE: ENGLEHARDT<br>MAGISTRATE JUDGE: SHUSHAN |
| | * * | |
| Defendant. | * | |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs, William and Bridgette Gaudet and Jay Arnesen, by and through their undersigned counsel, hereby respectfully move this Court for an order certifying the Proposed Class in this case. The bases for Plaintiffs' Motion are set forth in their Memorandum in Support of Motion for Class Certification, filed contemporaneously herewith.

Respectfully submitted,

SAXENA WHITE P.A.

*/s/ Adam D. Warden*
ADAM D. WARDEN

Adam D. Warden
Admitted pro hac vice
Florida Bar No. 0873691
awarden@Saxenawhite.com
Jonathan M. Stein
Admitted pro hac vice
Florida Bar No. 009784
jstein@Saxenawhite.com
2424 North Federal Highway

Boca Raton, Florida 33471
Phone: (561) 394-3399
Fax: (561) 394-3382

BALKAN & PATTERSON, LLP
Adam M. Balkan
**Trial Attorney**
Florida Bar No. 0044880
ABalkan@balkanpatterson.com
601 S. Federal Hwy, Suite 302
Boca Raton, Florida 33432
Phone: (561) 750-9191
Facsimile: (561) 750-1574

TAYLOR-MARTINO, P.C.
Steven A. Martino
Admitted pro hac vice
stevemartino@taylormartino.com
W. Lloyd Copeland
Admitted pro hac vice
lloyd@taylormartino.com
Post Office Box 894
Mobile, Alabama 36601
Phone: (251) 433-3131
Fax: (251) 405-5080

Michael D. Riley
La. Bar No. 17116
mriley@kehoejr.com
833 Baronne Street
New Orleans, Louisiana 70113
Phone: (504) 588-1110
Fax: (504) 588-1954

## CERTIFICATE OF SERVICE

I hereby certify that on this the **15th** day of **March, 2013,** the above and foregoing has been electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing to all counsel of record for Defendant as follows:

Stephen H. Kupperman
skupperman@barrassousdin.com
Sarah L. Rubin
srubin@barrassousdin.com
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, LLC
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
Phone: (504) 589-9700
Fax: (504) 589-9701

John E. Goodman
Admitted pro hac vice
jgoodman@babc.com
BRADLEY ARANT BOULT CUMMINGS, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Phone: (205) 521-8476
Fax: (205) 488-6476

*/s/ Adam D. Warden*
ADAM D. WARDEN