UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM and BRIGETTE GAUDET, on behalf of themselves and all others similarly situated, | * | No. 11-1857 |
| | * | SECTION "N" (1) |
| Plaintiffs, | * | |
| v. | * | CONSOLIDATED WITH: No. 12-1781 |
| AMERICAN HOME SHIELD CORPORATION, | * | JUDGE: ENGLEHARDT<br>MAGISTRATE JUDGE: SHUSHAN |
| Defendant. | * | |

---

**NOTICE OF MANUAL ATTACHMENT**

---

- **Plaintiff's Memorandum of Law In Support of Motion for Class Certification (the "Memo"), filed under seal with the Clerk's Office.**
- **Ex. A to the Memo: excerpts from the deposition transcript of Anthony Lile, filed under seal with the Clerk's Office.**
- **Ex. B to the Memo: excerpts from the deposition transcript of Scott Tigges, filed under seal with the Clerk's Office.**
- **Ex. E to the Memo: excerpts from the deposition transcript of Christian Morgan, filed under seal with the Clerk's Office.**
- **Ex. F to the Memo: notes made by an AHS contractor relations associate, filed under seal with the Clerk's Office.**
- **Ex. G to the Memo: notes made by an AHS contractor relations associate, filed under seal with the Clerk's Office.**
- **Ex. H to the Memo: notes made by an AHS contractor relations associate, filed under seal with the Clerk's Office.**
- **Ex. I to the Memo: notes made by an AHS contractor relations associate, filed under seal with the Clerk's Office.**
- **Ex. J to the Memo: notes made by an AHS contractor relations associate, filed under seal with the Clerk's Office.**
- **Ex. K to the Memo: notes made by an AHS contractor relations associate, filed under seal with the Clerk's Office.**

- **Ex. N to the Memo: Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories, dated December 11, 2012, filed under seal with the Clerk's Office.**