# Exhibit O

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM and BRIGETTE GAUDET, on behalf of themselves and all others similarly situated, | * | COMPLAINT-CLASS ACTION |
| | * | No. 11-1857 |
| Plaintiffs, | * | SECTION "N" (1) |
| v. | * | CONSOLIDATED WITH: No. 12-1781 |
| AMERICAN HOME SHIELD CORPORATION, | * | JUDGE: ENGLEHARDT<br>MAGISTRATE JUDGE: SHUSHAN |
| Defendant. | * | |

**DECLARATION OF ADAM WARDEN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, ADAM WARDEN, declare as follows:

1. I am a resident of Florida. I have personal knowledge of the facts asserted in this declaration and would competently testify to their truth. I attach this Declaration in Support of Plaintiffs' Motion for Class Certification.

2. I am an attorney licensed to practice law in the State of Florida, and I have been so licensed since 2004. I am a member in good standing of the Florida State Bar, and I am one of the attorneys for the plaintiffs in this case. I am an associate with the law firm of Saxena White, P.A. which has appeared as counsel for Plaintiff Jay Arnesen in the above-captioned litigation. The supervising attorney on this matter, Jonathan Stein, is an attorney licensed to practice law in the State of Florida and has been so licensed since 1994.

3. Saxena White has extensive experience in successfully prosecuting class actions,

as set forth more fully in the firm's resume, attached hereto as Exhibit 1, and dedicates nearly 100% of its practice to class action litigation. Saxena White has frequently been appointed lead counsel in class actions and has frequently appeared in major actions before courts throughout the country.

4. I have properly discharged my duties as class counsel on behalf of the proposed class in this case, and I will continue to do so.

5. Our firm has committed, and will continue to commit, substantial resources to representing the proposed class in this case. Our firm has assisted in the research and preparation of a number of motions in this matter, along with our co-counsel, Balkan & Patterson, LLP, and Taylor Martino, P.C. We have also attended a hearing on Defendant's Motion to Dismiss or Strike Class Action Claims. Additionally, we drafted discovery requests, reviewed thousands of documents produced by Defendant in discovery, and took the 30(b)(6) deposition of AHS's authorizations manager, Anthony Lile. We have also participated in a number of teleconferences with our co-counsel in this matter. Our law firm has financed the prosecution of many class actions, and we have financial resources available sufficient to finance the prosecution of this case as a class action. In sum, Saxena White has committed substantial resources to the prosecution of the Plaintiffs' claims on a classwide basis, and we will continue to do so in the future.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true, and that this declaration was executed in Boca Raton, Florida, on March 14, 2013.

[signature]

ADAM D. WARDEN

SAXENA WHITE

"A HIGHLY EXPERIENCED GROUP OF LAWYERS WITH NATIONAL REPUTATIONS IN LARGE SECURITIES CLASS ACTIONS..."

*– United States District Court Judge Alan S. Gold*

# FIRM RESUME

SW

2424 North Federal Hwy.
Suite 257
Boca Raton, FL 33431

ph 561.394.3399
fax 561.394.3382

www.saxenawhite.com

Blumberg No. 5117 Ex. 1

## MAYA S. SAXENA

Ms. Saxena, co-founder of the firm, represents institutional investors in shareholder actions involving breaches of fiduciary duty and violations of the federal securities laws. She is a frequent speaker at educational forums involving public pension funds and advises public and multi-employer pension funds on how to address fraud-related investment losses. Ms. Saxena graduated from Syracuse University summa cum laude in 1993 with a dual degree in policy studies and economics, and graduated from Pepperdine University School of Law in 1996.

Ms. Saxena has been instrumental in recovering hundreds of millions of dollars for defrauded shareholders including cases against Sirva Inc. ($53.3 million recovery), Helen of Troy ($4.5 million settlement), and Sunbeam (settled with Arthur Andersen LLP for $110 million - one of the largest settlements ever with an accounting firm - and a $15 million personal contribution from former CEO Al Dunlap).

Prior to forming Saxena White P.A., Ms. Saxena served as the Managing Partner of the Florida office of one of the nation's largest securities litigation firms, successfully directing numerous high profile securities cases. Ms. Saxena gained valuable trial experience before entering private practice while employed as an Assistant Attorney General in Ft. Lauderdale, Florida. During her time as an Assistant Attorney General, Ms. Saxena represented the State of Florida in civil cases at the appellate and trial level and prepared amicus curiae briefs in support of state policies at issue in state and federal courts. In addition, Ms. Saxena represented the Florida Highway Patrol and other law enforcement agencies in civil forfeiture trials and currently serves as Chair of the Asset Forfeiture Committee of the Badge of Honor Memorial Foundation seeking to recover forfeited funds for the benefit of families of law enforcement officers slain in the line of duty.

Ms. Saxena is a member of the Florida Bar, and is admitted to practice before the U.S. District Courts for the Southern, Northern and Middle Districts of Florida, as well as the Fifth and Eleventh Circuit Courts of Appeal. Ms. Saxena was recently recognized in the South Florida Business Journal's "Best of the Bar" as one of the top lawyers in South Florida.

## JOSEPH E. WHITE III

Mr. White, co-founder of the firm, has represented shareholders as lead counsel in major securities fraud class actions and merger litigation nationwide. He has represented lead and representative plaintiffs in front-page cases, including actions against Bank of America, Lehman Brothers and Washington Mutual. He has successfully settled cases

yielding over one billion dollars against numerous publicly traded companies. Mr. White has developed an expertise in litigating precedent setting cases against foreign publicly traded companies, and recently settled *In re Sadia Inc. Sec. Litig.*, against a Brazilian corporation for $27.5 million. Mr. White has also helped achieve meaningful corporate governance and monetary recoveries for shareholders in merger related and derivative lawsuits.

Mr. White regularly lectures on topics of interest to pension trustees, and advises municipal, state, and international institutional investors on instituting effective systems to monitor and prosecute securities and related litigation. Mr. White is an Advisory Board member and educational lecturer for the Florida Public Pension Trustees Association.

Mr. White earned an undergraduate degree in Political Science from Tufts University before obtaining his Juris Doctor from Suffolk University School of Law. Before concentrating his practice in securities fraud, Mr. White represented national insurance companies in pursuit of fraudulent claims from the initial investigations and denial of claims through trial. Mr. White is a member of the bar of the Commonwealth of Massachusetts and the State of Florida, as well as the United States District Courts for the Southern, Middle and Northern Districts of Florida, and the District of Massachusetts. Mr. White is also a member of the United States Circuit Courts of Appeal for the First and Eleventh Circuits.

## JONATHAN M. STEIN

Mr. Stein serves as Senior Counsel at Saxena White where he is involved in all aspects of complex litigation, including shareholder class and derivative actions, consumer fraud, products liability, antitrust and commercial litigation. A substantial portion of Mr. Stein's practice is dedicated to the representation of public shareholders of companies whose shares are acquired through management buyouts, leveraged buyouts, mergers, acquisitions, tender offers and other change-of-control transactions.

Mr. Stein has been successful in restructuring many transactions and recovering millions of dollars in additional value for shareholders. For example, Mr. Stein was co-lead counsel in *In re UnitedGlobalCom Shareholders Litigation*, No. 1012-N (Del. Ch.), where on the eve of trial, the case settled for $25 million in additional compensation for the UnitedGlobalCom shareholders. Mr. Stein was also counsel for the plaintiff in *Charter Township of Clinton Police and Fire Ret. Sys. v. OSI Rest. Partners, Inc., et al.*, 06-CA-010348 (Fla. 13th Cir. Ct.), where as part of the settlement, the defendants provided the public shareholders with additional material information about the transaction, helping the shareholders hold out for an additional $68 million in consideration for their shares.

Additionally, Mr. Stein was counsel for plaintiffs in *In re Atlas Energy, Inc., Shareholders Litig.*, No. 5990-VCL (Del. Ch.), where he and his co-counsel obtained an additional benefit to the shareholder class of more than $7.4 million and the additional disclosure of almost forty pages of significant material information to shareholders concerning the transaction.

Mr. Stein has also been successful in prosecuting consumer fraud class actions. For instance, Mr. Stein was Class Counsel in *Gemelas v. The Dannon Co.*, Inc., 1:08-cv-00236 (N.D. Ohio), which resulted in the largest food-related class action settlement ever, wherein Dannon agreed to make certain changes to the labels for Activia® and DanActive® and agreed to pay up to $45 million dollars to reimburse consumers for their purchases of the products. He was also co-lead counsel in *Smith v. Wm. Wrigley, Jr. Co.*, 09-60646-Civ-Cohn/Seltzer (S.D. Fla.), which settled in the spring of 2010, which caused Wrigley to establish a settlement fund of up to $7 million to reimburse consumers for their Eclipse® gum purchases and to remove the "germ killing" message from the product label and in advertising.

Mr. Stein earned a degree in Business Administration from the University of Florida, where he concentrated his studies in Finance. While at Florida, he was selected to join the honor society of Omicron Delta Epsilon, recognizing outstanding achievement in Economics. Mr. Stein earned his Juris Doctor degree from Nova Southeastern University, where he was the recipient of the American Jurisprudence Book Award in Federal Civil Procedure and served as Chief Justice of the Student Honor Court.

Prior to joining Saxena White, Mr. Stein began his practice of law in Fort Lauderdale as a prosecutor in the State Attorney's Office for the Seventeenth Judicial Circuit of Florida, handling numerous jury trials. Before concentrating his practice in class action litigation, he practiced as a litigator fighting insurance fraud with one of Florida's largest law firms. Mr. Stein also previously ran his own class action firm and was a partner with the largest class action firm in the country.

Mr. Stein is licensed to practice law in the state courts of Florida, as well as in the Supreme Court of the United States, the Circuit Courts of Appeal for the Eleventh and Third Circuits, and the United States District Courts for the Northern, Southern and Middle Districts of Florida and the District of Colorado. In addition to these courts and jurisdictions, Mr. Stein regularly works on cases with local counsel throughout the country. Mr. Stein has been or is a member of the Association of Trial Lawyers of America, the American Bar Association, the Palm Beach County Bar Association and the South Palm Beach County Bar Association.

## LESTER HOOKER

Mr. Hooker, Saxena White's Manager of Case Origination, is involved in all of the firm's practice areas, including securities fraud class action litigation and shareholder derivative actions, as well as merger & acquisition lawsuits and consumer class actions. Through his securities litigation practice, Mr. Hooker has obtained significant monetary recoveries and important corporate governance reforms on behalf of institutional and individual investors nationwide.

During his tenure at Saxena White, Mr. Hooker has served as a member of the litigation teams that successfully prosecuted securities fraud class actions such as *Cent. Laborers' Pension Fund v. Sirva, Inc.* ($53.3 million settlement), *In re Sadia, Inc. Sec. Litig.* ($27.5 million settlement), *Grand Lodge of Pennsylvania v. Peters, et al.* ($6.25 million settlement), and *In re Helen of Troy Sec. Litig.* ($4.5 million settlement). Mr. Hooker is part of the litigation teams that are currently prosecuting prominent securities fraud class actions such as *In re Wilmington Trust Sec. Litig.* and *City Pension Fund for Firefighters and Police Officers in the City of Miami Beach v. Aracruz Celulose S.A., et al.* Mr. Hooker has also represented lead and representative plaintiffs in major cases arising out of the global financial crisis, including actions against Bank of America, Lehman Brothers and Washington Mutual.

Mr. Hooker attended the University of California at Berkeley, where he received a Bachelor of Arts degree with a Major in English. Mr. Hooker earned his Juris Doctor degree from the University of San Diego School of Law, where he was awarded the Dean's Outstanding Scholar Scholarship. Mr. Hooker also earned a Master's degree in Business Administration with an emphasis in International Business from the University of San Diego School of Business, where he was awarded the Ahlers Center International Graduate Studies Scholarship.

Mr. Hooker is a member of the State Bars of California and Florida, and is admitted to practice law in the United States District Courts for the Northern, Central, Southern and Eastern Districts of California, the Southern, Middle and Northern Districts of Florida, and the Western District of Michigan. Mr. Hooker is also admitted to practice law in the United States Courts of Appeal for the Ninth and the Eleventh Circuits.

## BRANDON GRZANDZIEL

Brandon Grzandziel earned his Bachelor of Arts degree in English from Wake Forest University, where he graduated with honors in 2005. In 2008, he received his Juris Doctor from the University of Miami School of Law. While at the University of Miami, Mr. Grzandziel was Executive Editor of the *University of Miami Business Law Review*. His article, "A New Argument for Fair Use Under the Digital Millennium Copyright Act," was published in the Spring/Summer 2008 issue.

At Saxena White, Mr. Grzandziel has been a part of the litigation teams that have successfully prosecuted securities fraud class actions against foreign companies such as Sadia ($27.5 million settlement) and Harmony Gold ($9 million settlement). He is currently a member of the litigation teams prosecuting securities fraud actions such as *In re Bank of America Securities, Derivative and ERISA Litigation*, *In re Wilmington Trust Securities Litigation*, and *City Pension Fund for Firefighters and Police Officers in the City of Miami Beach v. Aracruz Celulose S.A.*

Mr. Grzandziel is a member of the Florida Bar, the United States District Court for the Southern District of Florida, and the United States Court of Appeals for the Second Circuit.

## ADAM WARDEN

Adam Warden earned his Bachelor of Arts degree from Emory University in 2001 with a double major in Political Science and Psychology. In 2004, he received his Juris Doctor from the University of Miami School of Law. During law school, Adam served as the Articles Editor of *The University of Miami International and Comparative Law Review*. His article, "The Battle in Seattle and Beyond: A Brief History of the Antiglobalization Movement" was published in the Review's Winter 2004 issue. Prior to joining Saxena White, Mr. Warden was an associate at a leading maritime law firm in Miami, where he represented major cruise lines in complex litigation matters in both federal and state court.

Mr. Warden is a member of the Florida Bar and the District of Columbia Bar and is admitted to practice before the U.S. District Court for the Southern District of Florida.

## TONI KISSEL

Ms. Kissel graduated from Northwestern University's School of Communications with a concentration in Political Science. She received a law degree from Saint Louis University School of Law. During law school, Ms. Kissel interned at the Federal Trade Commission in Chicago, Illinois.

In early 2010, Ms. Kissel joined Saxena White as an attorney. Ms. Kissel has worked on the discovery phase of numerous complex securities class actions including the supervision of multi-million page document productions utilizing various e-discovery platforms. She has worked on many of the firm's prominent *securities cases* including *Cent. Laborers' Pension Fund v. Sirva, Inc.; In re Helen of Troy Securities Litigation, Mills Corp.*; and most recently was involved in *Washington Mutual, Bank of America, Moody's and Lehman Bros* cases.

In 2012, the Boys & Girls Club of Broward County honored Ms. Kissel as one of 100 Outstanding Women of Broward County for her charitable and civic work. From 2007 through 2010, she served as Board President of *Northwestern University Club of Southeast Florida* and currently on the NAA's *"Clubs" Standing Committee* at the University. She has been involved with various charitable organizations such as *The Junior League of Greater Ft. Lauderdale (2010 Sustainer Board President), Junior League representative to the Ft. Lauderdale Museum of Art Board of Trustee and Ft. Lauderdale Panhellenic Association.* Ms. Kissel also volunteers at large fundraising events for the Broward chapter of the *American Cancer Society.*

Ms. Kissel is a Qualified Broward County Court-Appointed Arbitrator and a former Broward County Civil Traffic Magistrate in the 17th Judicial Circuit. She is a member of the state bars of Florida, Illinois and Missouri. She is admitted to practice before the United States District Courts for the Southern District of Florida and Northern District of Illinois.

## GIANCARLO FOSCHINI

Giancarlo Foschini graduated with a degree in Criminal Justice from Florida International University in Miami, Florida. He earned his Juris Doctor from Nova Southeastern University's Shepard Broad Law Center in 2011. During law school, Mr. Foschini was a member of the Inter-American Center for Human Rights, where he collaborated with other students in preparing symposiums to raise community awareness regarding civil and human rights issues plaguing South Florida and the Caribbean. Additionally, Mr. Foschini volunteered at the Florida Immigrant Advocacy Center by assisting attorneys, who provide legal services to low-income individuals. Prior to joining Saxena White, Mr. Foschini acquired experience in various e-discovery platforms while working on complex anti-trust and regulatory cases involving large corporate entities. Mr. Foschini is a licensed member of the Florida bar.

## ALBERTO NARANJO

Mr. Naranjo earned an undergraduate degree in Political Science from Florida State University in December 2007, where he graduated with honors. In 2011, he received his Juris Doctor from Florida International University College of Law and was admitted to practice by the Florida Bar. While at the College of Law, he was acknowledged for his academic achievement by being placed on the Dean's list and was also elected to be the president of the C.A.L.S. law society. Additionally, Mr. Naranjo was enrolled in a 10 month Investor Advocacy Clinic where he was provided with a solid foundation in

securities alternative dispute resolution and was honored with the CALI award for his overall performance in the clinic.

Mr. Naranjo joined Saxena White in 2011 to work on the discovery phase of *In re Lehman Brothers Equity/Debt Securities. Litigation, 08 Civ. 5523* (LAK). Since then, Mr. Naranjo has had the opportunity to work on several class actions by drafting complaints, performing document review and researching SEC filings for various complex securities class actions. Furthermore, Mr. Naranjo has been accepted to practice at the United States District Court for the Southern District of Florida.

## KATHRYN WEIDNER

Ms. Weidner earned a Bachelor of Business Administration from the University of Miami in 2003, with a Major in Political Science. While at Miami, she studied abroad at Oxford University, England as part of an honors program for law and politics. Ms. Weidner received her Juris Doctor degree from Nova Southeastern University in 2006, where she graduated cum laude with a concentration in International Law. She was also the recipient of the Larry Kalevitch Scholarship Award for the graduate exhibiting the most promise in Business and Bankruptcy law. While at Nova, Ms. Weidner's outstanding course work regularly earned Dean's list and Provost Honor Roll, and she was honored with CALI Book Awards for Secured Transactions and Business Planning Law. Ms. Weidner developed valuable litigation skills as a full-time Certified Legal Intern for the Department of Homeland Security during her participation in an International Law Clinic.

After law school, Ms. Weidner acquired experience in the area of e-discovery working for a consulting group that provided litigation support services to large organizations and fortune 500 companies. She supervised teams of attorneys to assure quality in the review and production of documents requested for large-scale corporate litigations, mergers, and acquisitions. Ms. Weidner is admitted to practice law in the State of Florida and is a member of the Young Lawyers Division of the Florida Bar.

## LE TSANG

Mr. Tsang graduated from the University of Florida cum laude in 2006 with a double major in Psychology and Political Science. In 2009, he received his Juris Doctorate from the University of Florida College of Law. During his time in law school, he made the Dean's List and received a Pro Bono Award for providing legal assistance on behalf of underserved and low income clients. Following law school, he served as a judicial intern to The Honorable Donald M. Middlebrooks, District Judge for the Southern District of Florida, where his work encompassed a wide variety of federal civil litigation matters.

Prior to joining the firm, Mr. Tsang worked as a summer associate with an international law firm in Guangzhou, China, with a focus on cross border civil litigation, protection of intellectual property, and corporate law. After returning from China, he worked as an attorney with the Tort Litigation and Environmental Practice Group of King & Spalding where he was involved in the representation of a major automobile manufacturer and a major healthcare provider in a Medicare fraud action. Mr. Tsang practices in the area of securities fraud and shareholder derivative class actions.

## JESSENIA CANOT

Ms. Canot earned a Bachelor of Science degree in Political Science from Florida State University in 2007, graduating with honors. In 2011, Ms. Canot received her Juris Doctor degree from Florida International University College of Law where her academic achievements were rewarded by placement on the Dean's List. During her final semester of law school, Ms. Canot attended Georgetown University Law Center in Washington, DC as a visiting student.

While in law school, Ms. Canot served as a Legislative Intern at the House of Representatives in Washington, DC, where she sat in on several Congressional Hearings and obtained legislative research training from the Congressional Research Service. Additionally, Ms. Canot served as a Judicial Intern for the Honorable Chris McAliley, Magistrate Judge for the United States District Court for the Southern District of Florida, where she worked on a wide range of civil and criminal litigation matters. Ms. Canot also served as a Legal Intern for Black Entertainment Television in Washington, DC.

Upon graduating law school, Ms. Canot worked for a boutique entertainment law firm in Miami, Florida where she specialized in the negotiation and drafting of intellectual property agreements and also gained valuable experience working with domestic and international businesses.

## RENATO L. PINTO E SILVA

Mr. Pinto e Silva is originally from São Paulo, Brazil, where he went to law school and obtained a degree from Armando Alvares Penteado Foundation, College of Law – "FAAP" in December 2004. Mr. Pinto e Silva then completed a specialization in Labor and Employment Law and Procedure from Mackenzie Presbyterian University in Brazil in December 2006. Mr. Pinto e Silva also completed the Master's Degree Program (L.L.M.) at the University of Miami in May 2011.

Mr. Pinto e Silva started his career working as an intern at the law firm of Lobo De Moraes S. C. Advogados, in São Paulo, Brazil from October 2000 until January 2004. While there, he was able to gain valuable experience within civil, labor/employment, family and contracts law. In February 2004, Mr. Pinto e Silva was offered and accepted a position as an attorney at one of the most prestigious law firms in Brazil, Demarest e Almeida Advogados within the labor and employment litigation division representing a diverse set of multinational corporations. At Demarest, he was responsible for representing clients in hearings and trials in Courts all over the country, for drafting legal papers such as appeals and defenses and he handled approximately 300 cases that were under his sole responsibility.

Since September 2011, Mr. Pinto e Silva has been working at Saxena White performing complex discovery on a pending securities class action that has already survived a motion to dismiss.

Mr. Pinto e Silva has been licensed by the Brazilian Bar Association (OAB) since 2005 and is authorized to practice law in all courts and jurisdictions within the Brazilian territory. In June 2012, Mr. Pinto e Silva was also admitted as member of the New York Bar.

## MARC GROBLER

### Director of Case Analysis

Marc Grobler joined Saxena White as the Director of Case Analysis in early 2012. Prior to joining Saxena White, he served as the Senior Business Analyst in the New York office of a leading securities class action law firm and he has worked within the securities litigation industry for nearly ten years. Mr. Grobler plays a key role in new case development including performing in-depth investigations into potential securities fraud class actions, derivative, and other corporate governance related actions. By using a broad spectrum of financial industry research and tools, Mr. Grobler analyzes information that helps support the theories behind our litigation efforts. Mr. Grobler is also responsible for protecting the financial interests of our clients by managing the firm's client portfolio monitoring services and performing complex loss and damage calculations.

Mr. Grobler graduated Cum Laude from Tulane University's A.B. Freeman School of Business in 1997, with a concentration in Accounting. With fifteen years of overall professional financial experience, Mr. Grobler started his career in New York at PricewaterhouseCoopers performing audit within the Financial Services Group (audit clients included Prudential Financial and Wasserstein Perella). Prior to entering the securities litigation industry, Mr. Grobler worked within the asset management group at Goldman Sachs where he was responsible for the financial reporting of a group of billion dollar fund-of-fund investments. Mr. Grobler also previously worked at UBS Warburg as a Financial Analyst in the investment banking division that focused on financial institutions such as banks, asset managers, insurance and start-up financial technology companies.

## STEFANIE LEVERETTE

### Manager of Client Services

Ms. Leverette is Saxena White's Manager of Client Services. In this role, she manages the Firm's client outreach and development programs, and coordinates the firm's presence at industry conferences attended by representatives of various institutional clients throughout the United States. In addition, Ms. Leverette carefully tracks the entire Firm's cases to ensure that each client is regularly updated on any actions they are involved in. She is also responsible for the timely dissemination of the Firm's Portfolio Monitoring Reports, ensuring that clients are informed of new cases and class action settlements that may affect their investment portfolios.

Ms. Leverette earned her undergraduate degree in Business Administration with a focus on Management from the University of Central Florida, and her Master's in Business Administration with a focus on International Business at Florida Atlantic University.

## CHUCK JEROLOMAN

### Client Services

Prior to joining Saxena White, Chuck Jeroloman served as a police officer for the Delray Beach Police Department for 23 years. During his tenure he was a homicide/robbery detective, street level narcotics investigator, field training officer and a member of the S.W.A.T. and Terrorists Task Force. He served on the Delray Beach Police and Fire Pension Board for 14 years and as chairman during his last five years. Mr. Jeroloman was also a member of the Delray Fire and Police VEBA Board. He has spoken at many national pension conferences and has authored several articles about pension benefits and issues. Mr. Jeroloman served 23 years as the president and union representative for the Police Benevolent Association (P.B.A.) and Fraternal Order of Police.

Before his years with the Delray Beach Police Department, Mr. Jeroloman spent five years as a deputy sheriff with the Rockland County Sheriff's Department. He was a member of Joint Terrorists Task Force with the F.B.I., N.Y.P.D. and Rockland County Sheriff's Department. He also was a union treasurer for the P.B.A.

Mr. Jeroloman has an associate degree in criminal justice. He was an associate scout with the Anaheim Angels and Texas Rangers, and volunteered as a youth baseball coach through high school levels. He served as a director vice president for the Okeeheelee Athletic Association.