# Exhibit P

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM and BRIGETTE GAUDET, on behalf of themselves and all others similarly situated, | * * * * | COMPLAINT-CLASS ACTION<br><br>No. 11-1857 |
| | * | SECTION "N" (1) |
| Plaintiffs, | * | |
| v. | * * | CONSOLIDATED WITH: No. 12-1781 |
| AMERICAN HOME SHIELD CORPORATION, | * * * | JUDGE: ENGLEHARDT<br>MAGISTRATE JUDGE: SHUSHAN |
| Defendant. | * | |

**DECLARATION OF ADAM BALKAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, ADAM BALKAN, declare as follows:

1. I am a resident of Florida. I have personal knowledge of the facts asserted in this declaration and would competently testify to their truth.

2. I am an attorney licensed to practice law in the State of Florida, and I have been so licensed since 1995. I am a member in good standing of the Florida State Bar, and I am one of the attorneys for the plaintiffs in this case. I am a partner with the law firm of Balkan & Patterson, LLP, which has appeared as counsel for Plaintiff Jay Amesen in the above-captioned litigation.

3. Balkan & Patterson, LLP has represented consumers in a number of class actions, including, but not limited to: *In re Mattel, Inc. Toy Lead Paint Prods. Liab. Litigation* (nationwide settlement valued at over $50 million); *In re Aqua Dots Prods. Liab. Litigation* (multidistrict litigation on behalf of purchasers of more than 4 million toxic children's toys);

*Berry v. Mega Brands, Inc.*, (class action litigation on behalf of purchasers of more than 10 million lethal children's toys); *Julie Fitzpatrick, on behalf of herself and all others similarly situated v. General Mills, Inc., and Yoplait USA, Inc.* (false advertising claim in which a Florida class was certified in the Southern District of Florida); *Jeremiah Johnson v. General Mills Inc., and Yoplait USA, Inc.*, and *Jean S. Friedberg, et al. v. Harbourwood Homeowners Association of Hallandale.*

4. I have properly discharged my duties as class counsel on behalf of the proposed class in this case, and I will continue to do so.

5. Our firm has committed, and will continue to commit, substantial resources to representing the proposed class in this case. Our firm has assisted in the research and preparation of a number of motions in this matter, along with our co-counsel, Saxena White, and Taylor Martino, P.C. We have also attended hearings, drafted pleadings and discovery requests, reviewed thousands of documents produced by Defendant in discovery, and took the 30(b)(6) deposition of AHS's contract relations manager, Scott Tigges. We have also participated in a number of teleconferences with our co-counsel in this matter. Our law firm has the financial resources available sufficient to finance the prosecution of this case as a class action. In sum, Balkan Patterson has committed substantial resources to the prosecution of the Plaintiffs' claims on a classwide basis, and we will continue to do so in the future.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true, and that this declaration was executed in Boca Raton, Florida, on March 15, 2013.

ADAM M. BALKAN