UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM and BRIGETTE GAUDET, on behalf of themselves and all others similarly situated, | * | No. 11-1857 CONSOLIDATED WITH: No. 12-1781 (PERTAINS TO ALL CASES) |
| Plaintiffs, | * | |
| v. | * | SECTION "N" (1) |
| AMERICAN HOME SHIELD CORPORATION, et al., | * | JUDGE: ENGELHARDT MAGISTRATE JUDGE: SHUSHAN |
| Defendants. | * | |

**NOTICE OF SUBMISSION OF MOTION FOR CLASS CERTIFICATION**

PLEASE TAKE NOTICE that Plaintiffs' Motion for Class Certification is hereby noticed for submission before the Honorable Kurt D. Engelhardt, United States District Judge for the Eastern District of Louisiana, 500 Poydras Street, New Orleas, Louisiana, on May 1, 2013, at 9:30 a.m., as directed by the Court in its January 31, 2013 Amended Scheduling Order (DE 92).

Respectfully submitted,

SAXENA WHITE P.A.

*/s/ Adam D. Warden*
ADAM D. WARDEN

Adam D. Warden
Admitted pro hac vice
awarden@Saxenawhite.com
Jonathan M. Stein
Admitted pro hac vice
jstein@Saxenawhite.com
2424 North Federal Highway
Boca Raton, Florida 33471

Phone: (561) 394-3399
Fax: (561) 394-3382

BALKAN & PATTERSON, LLP
Adam M. Balkan
**Trial Attorney**
Florida Bar No. 0044880
ABalkan@balkanpatterson.com
601 S. Federal Hwy, Suite 302
Boca Raton, Florida 33432
Phone: (561) 750-9191
Facsimile: (561) 750-1574

TAYLOR-MARTINO, P.C.
Steven A. Martino
Admitted pro hac vice
stevemartino@taylormartino.com
W. Lloyd Copeland
Admitted pro hac vice
lloyd@taylormartino.com
Post Office Box 894
Mobile, Alabama 36601
Phone: (251) 433-3131
Fax: (251) 405-5080

Michael D. Riley
La. Bar No. 17116
mriley@kehoejr.com
833 Baronne Street
New Orleans, Louisiana 70113
Phone: (504) 588-1110
Fax: (504) 588-1954